IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) KIMIESHA HILL, )
(2) JASON GARNETT, and )
(3) KIARA McCORKLE, on behalf of )
themselves and all others similarly situated, )
)
           Plaintiffs, )
)
vs. ) Case No. CIV-21-97-PRW
)
(1) TOWN OF VALLEY BROOK, )
(2) VALLEY BROOK MUNICIPAL COURT, )
(3) LEWIS NIEMAN, Mayor of Valley Brook, )
in his official capacity, )
4) STEPHEN HAYNES, Municipal Judge, )
in his official and individual capacity, )
(4) MICHAEL STAMP, Chief of Valley Brook )
Police Department, in his official capacity, and )
(5) VALLEY BROOK POLICE )
DEPARTMENT, )
)
           Defendants. )

**UNOPPOSED MOTION OF ALL DEFENDANTS FOR ADDITIONAL
TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO
<u>DEFENDANTS' MOTION TO DISMISS</u>**

Defendants request an enlargement of the time to file their reply to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss (Dkt. No. 8) (the "Response"). Defendants state the following in support.

1. Defendants filed their Motion to Dismiss (Dkt. No. 7) on February 25, 2021.

2. Plaintiffs filed their Response on March 18, 2021.

3. Defendants' reply is currently due Thursday, March 25, 2021.

4. Defendants ask they be granted an additional seven days, or until Thursday, April 1, 2021, to file their reply. The purpose of this request is not to delay or otherwise stall litigation. Due to scheduling conflicts, additional time is needed to complete the reply.

4. Plaintiffs' counsel does not object to the requested extension.

5. The requested extension will have no impact on other deadlines.

### RELIEF REQUESTED

Defendants request that they be given an additional seven (7) days to file their reply to the Response.

Respectfully submitted,

s/Courtney D. Powell
Andrew W. Lester, OBA No. 5388
Shannon F. Davies, OBA No. 13565
Courtney D. Powell, OBA No. 19444
Anthony J. Ferate, OBA No. 21171
Spencer Fane LLP
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
alester@spencerfane.com
sdavies@spencerfane.com
cpowell@spencerfane.com
ajferate@spencerfane.com

OK 583474.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Unopposed Motion of all Defendants for Additional Time to File Reply to Plaintiffs' Response to Defendants' Motion to Dismiss with the Clerk of the Court by using the ECF system on this Tuesday, March 23, 2021. I also certify that the foregoing document is being served this day on all counsel of record identified on this Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by ECF or via U.S. Mail for those counsel or parties who are not authorized to receive Notices of Electronic filing electronically.

Service List
Woodrow K. Glass
WARD & GLASS, LLP
1601 36TH Ave NW
Norman, OK  73072
woody@wardglasslaw.com

Arthur Ago
Tianna Mays
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC  20005
aago@lawyerscommittee.org
tmays@lawyerscommittee.org

Jason A. Leckerman
Lisa Swaminathan
Laura E. Luisi Gavin
Izabella Babchinetskaya
Ballard Spahr LLP
1735 Market St. 51st Floor
Philadelphia, PA  19103
leckermanj@ballardspahr.com
swaminathanl@ballardspahr.com
gavinl@ballardspahr.com
babchinetskayal@ballardspahr.com

                s/Courtney D. Powell