# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, JASON GARNETT, and KIARA McCORKLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF VALLEY BROOK,<br>VALLEY BROOK MUNICIPAL COURT,<br>LEWIS NIEMAN, Mayor of Valley Brook, in his official capacity,<br>STEPHEN HAYNES, Municipal Judge, in his official and individual capacity,<br>MICHAEL STAMP, Chief of Valley Brook Police Department, in his official capacity, and<br>VALLEY BROOK POLICE DEPARTMENT,<br><br>Defendants. | Case No. CV-21-00097-PRW |

## ORDER

Defendants have filed an Unopposed Motion for Additional Time to File Reply to Plaintiffs' Response to Defendants' Motion to Dismiss (Dkt. 9), asking the Court to extend the deadline to file their reply by seven (7) days. Upon review of the filing, and for good cause shown, this Court hereby **GRANTS** the Motion. **IT IS THEREFORE ORDERED** that Defendants' deadline to file their reply is April 1, 2021.

**IT IS SO ORDERED** this 24th day of March 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE