IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KIMIESHA HILL,<br>(2) JASON GARNETT, and<br>(3) KIARA McCORKLE, on behalf of<br>themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>(1) TOWN OF VALLEY BROOK,<br>(2) VALLEY BROOK MUNICIPAL COURT,<br>(3) LEWIS NIEMAN, Mayor of Valley Brook, in his official capacity;<br>(4) STEPHEN HAYNES, Municipal Judge, in his official and individual capacity;<br>(5) MICHAEL STAMP, Chief of Valley Brook Police Department, in his official capacity;<br>(6) VALLEY BROOK POLICE DEPARTMENT,<br><br>　　　　　Defendants. | Case No. CIV-21-97-PRW |

**DEFENDANTS' UNOPPOSED MOTION**
**TO EXTEND DEADLINE TO ANSWER COMPLAINT**

Defendants, Town of Valley Brook, Lewis Nieman, Stephen Haynes and Michael Stamp's (collectively, the "Defendants"), request that the deadline for them to respond to the Complaint (Dkt. No. 1-2) be extended until April 20, 2022, as set forth herein.

1.　This matter was removed from the District Court of Oklahoma County to the United States District Court for the Western District of Oklahoma on February 10, 2021.

1

(Dkt. No. 1).

2. Defendants filed their Motion to Dismiss on February 25, 2021. (Dkt. No. 7).

3. The Court entered its ruling on March 31, 2022 granting in part and denying in part the Motion to Dismiss. (Dkt. No. 29).

4. Pursuant to Rule 12(a)(4)(A), Defendants' response to the Complaint is due on or before April 14, 2022.

5. Defendants ask that the deadline to respond to Plaintiffs' Complaint be extended an additional six days, or until April 20, 2022.

6. The purpose of the request is not to delay or hinder the litigation. Rather, additional time is needed to finalize the response.

7. Plaintiffs do not object to the requested extension.

8. Extending this deadline will not affect any other deadlines in this matter.

**RELIEF REQUESTED**

WHEREFORE, Defendants ask the Court to extend the deadline to answer the Complaint, to Wednesday, April 20, 2022.

Respectfully submitted,

s/Courtney D. Powell
Andrew W. Lester, OBA No. 5388
Shannon F. Davies, OBA No. 13565
Courtney D. Powell, OBA No. 19444
Anthony J. Ferate, OBA No. 21171
Spencer Fane LLP
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
alester@spencerfane.com
sdavies@spencerfane.com
cpowell@spencerfane.com
ajferate@spencerfane.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Defendants, Town of Valley Brook, Lewis Nieman, Stephen Haynes and Michael Stamp's Motion to Extend Deadline to Answer with the Clerk of the Court by using the ECF system on this Thursday, April 13, 2022. I also certify that the foregoing document is being served this day on all counsel of record identified on this Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by ECF or via U.S. Mail for those counsel or parties who are not authorized to receive Notices of Electronic filing electronically.

Service List
Woodrow K. Glass
WARD & GLASS, LLP
1601 36TH Ave NW
Norman, OK   73072
woody@wardglasslaw.com

Arthur Ago
Tianna Mays
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC   20005
aago@lawyerscommittee.org
tmays@lawyerscommittee.org

Jason A. Leckerman
Lisa Swaminathan
Laura E. Luisi Gavin
Izabella Babchinetskaya
Ballard Spahr LLP
1735 Market St. 51st Floor
Philadelphia, PA   19103
leckermanj@ballardspahr.com
swaminathanl@ballardspahr.com
gavinl@ballardspahr.com
babchinetskayal@ballardspahr.com

                          s/Courtney D. Powell