**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KIMIESHA HILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-97-PRW |
| | ) | |
| TOWN OF VALLEY BROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER OF RECUSAL</u>

Pursuant to 28 U.S.C. § 455, I recuse as the judge to whom this case is assigned.

The Clerk of the Court is directed to return this case to the regular procedure for random

selection so that a successor judge may be determined.

**IT IS SO ORDERED this 21st day of April, 2022.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE