## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date: April 21, 2022

| | |
|---|---|
| KIMIESHA HILL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. CIV-21-97-PRW |
| | ) |
| TOWN OF VALLEY BROOK, et al., | ) |
| | ) |
| Defendants. | ) |

**ENTER ORDER:**

Case transferred to              Judge Scott L. Palk

HEREAFTER, PLEASE REFER TO CASE AS          CIV-21-97-SLP

Please note that for future filings in this case, the letter at the end of the number should now be a "**SLP**" rather than an "PRW".   This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:   *s/Kathy Spaulding*
Deputy Clerk