# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Scott L. Palk
United States Courthouse, Room 3102, Oklahoma City, Oklahoma

## ORDER FOR STATUS/SCHEDULING CONFERENCE

**NOTICE TO ALL COUNSEL:**

Counsel are required to file the **Joint Status Report and Discovery Plan** not later than **June 2, 2022**.  *See* LCvR 16.1(a)(1) and *Appendix II*.

**Status Conferences will be held telephonically unless otherwise directed by the Court**.  In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan.  **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken.**

The conference shall be attended by counsel with authority to make appropriate decisions and by any *pro se* litigants, at the time indicated below.  *See* LCvR 16.1(a)(2).

## THURSDAY, JUNE 9, 2022

9:00 AM
CIV-21-97-SLP

| | | |
|---|---|---|
| | Kimiesha Hill, et al., | Woodrow K. Glass |
| | | Artho Ago |
| | | Izabella Babchinestskaya |
| | | Jason A. Leckerman |
| | | Laura Gavin |
| | | Lisa B. Swaminathan |
| | | Tianna J. Mays |
| | v. | |
| | Town of Valley Brook, et al., | Andrew W. Lester |
| | | Anthony J. Ferate |
| | | Courtney Jo Davis Powell |
| | | Shannon F. Davis |

| | | | |
|---|---|---|---|
| <u>9:15 AM</u><br>CIV-21-418-SLP | Equlla M. Brothers | | Tanner B. France<br>Travis E. Harrison<br>Woodrow K. Glass<br>Geoffrey A. Tabor |
| | v. | | |
| | Tommie Johnson, III, et al., | | Aaron C. Etherington<br>Rodney J. Heggy<br>Alexandra G. Ah Loy<br>Curtis J. Dewberry<br>Naureen Hubbard |
| <u>9:30 AM</u><br>CIV-22-181-SLP | Sheri Kathleen Cruse | | Bill Zuhdi |
| | v. | | |
| | Anthony L. Cruse, et al., | | Elizabeth A. Price<br>Laura McConnell-Corbyn<br>Chance L. Pearson<br>Daniel G. Webber, Jr. |
| <u>9:45 AM</u><br>CIV-22-237-SLP | Jane Roe | | Sheila P. Haddock |
| | v. | | |
| | University of Central Oklahoma | | Dixie L. Coffey<br>Jessica A. Wilkes |
| <u>10:00 AM</u><br>CIV-22-261-SLP | Bobby Maston | | Leah M. Roper |
| | v. | | |
| | Grady County | | Jordan Louis Miller |

| | | | |
|---|---|---|---|
| **10:15 AM**<br>CIV-22-266-SLP | Arika Stoker<br><br>v.<br><br>American Medical Response of Oklahoma | Leah M. Roper<br><br><br><br>Elizabeth D. Bowersox<br>Roberta Browning Fields |
| **10:30 AM**<br>CIV-22-303-SLP | Taylor Wiles<br><br>v.<br><br>Jesse Davis, et al., | Danielle P. Daniel<br><br><br><br>Richard W. Wassall |
| **10:45 AM**<br>CIV-22-348-SLP | Norman Hospitality, Inc., et al.,<br><br><br><br>v.<br><br>Zurich American Insurance Company, et al., | David Rusty Smith<br>James Walters<br>Michael L. Barkett<br>Stephen L. McClellan<br><br><br>Sterling E. Pratt |

<u>11:00 AM</u>
CIV-22-349-SLP          Billie Willis                                   Jason J. Waddell

                        v.

                        Progressive Direct Insurance Company     Brad L. Roberson
                                                                 Paul M. Kolker