## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated: June 8, 2022

| | |
|---|---|
| KIMIESHA HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-21-97-SLP |
| ) | |
| TOWN OF VALLEY BROOK, et al., ) | |
| ) | |
| Defendants. ) | |

**ENTER ORDER**:

The Telephonic Status/Schedule Conference set in this matter for June 9, 2022 at 9:00 a.m., is rescheduled, due to a scheduling conflict, for June 9, 2022 at 10:30 a.m. Counsel is directed to call 888-684-8852, Access Code 5230195 in order to connect to the Telephonic Status/Scheduling Conference.

**Carmelita Reeder Shinn, Clerk of Court**
**Western District of Oklahoma**

By: *s/Marcia J. Seale*
Deputy Clerk