**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KIMIESHA HILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-97-SLP |
| | ) | |
| TOWN OF VALLEY BROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PHASE I SPECIALIZED SCHEDULING ORDER**

Pursuant to the Status/Scheduling Conference held this same date, the Court sets the following deadlines in this case:

Motions to join additional parties to be filed within 30 days of this Order.

Motions to amend pleadings to be filed within 30 days of this Order.

Plaintiffs' deadline to file a motion for class certification is December 2, 2022. Any response(s) to that motion shall be filed on or before January 16, 2023. The filing of any reply in support of the class certification motion shall be governed by the Local Civil Rules of this Court.

Further deadlines may be established in a Phase II Specialized Scheduling Order after the Court's ruling on the motion for class certification.[1]

---

[1] The parties have not requested phased discovery. Their proposed agreed scheduling order submitted to the Court indicated that the parties' requested discovery period would encompass both class certification and merits issues. The Court anticipates the parties may engage in discovery related to both class certification issues and the merits of this action before the Court's order on class certification. Any necessary remaining discovery thereafter will be addressed in the Court's Phase II Specialized Scheduling Order.

IT IS SO ORDERED this 9th day of June, 2022.

**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**