## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated, | ) )  ) Case No. 5:21-cv-00097-SLP |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TOWN OF VALLEY BROOK, et al, | ) ) |
| Defendants. | ) ) |

### JOINT MOTION FOR PROTECTIVE ORDER

**COME NOW THE PARTIES**, and respectfully request this Court enter a Protective Order to govern the use of confidential information in this case. In support of this Motion, the Parties show as follows:

1. Discovery in this case has begun and the Parties anticipate requesting and providing documents and information from one another, including certain documents and information which should be maintained as confidential due to its sensitive nature.

2. The Parties have collaborated on a Stipulated Protective Order to govern the exchange of such information in discovery, affixed hereto as Ex. 1 and submitted herewith to the Court.

3. The purpose of this Order is to protect against disclosure of such confidential information, specifically during pretrial exchanges.

Respectfully submitted this 22 day of September, 2022.

/s/ Jonathan M. Irwin
Jason A. Leckerman
Lisa Swaminathan
Laura E. Luisi Gavin
Izabella Babchinetskaya
Ballard Spahr LLP
1735 Market St. 51st Floor,
Philadelphia, PA 19103
215.864.8266 DIRECT
215.864.8999 FAX
LeckermanJ@ballardspahr.com
SwaminathanL@ballardspahr.com
GavinL@ballardspahr.com
BabchinetskayaI@ballardspahr.com
*Admitted pro hac vice*

Arthur Ago
Tianna Mays*
Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
202-662-8600 DIRECT
202-783-0857 FAX
aago@lawyerscommittee.org
tmays@lawyerscommittee.org
*Admitted pro hac vice*
*\*Admitted in New Jersey and Maryland only.*
*Practice limited to matters before federal courts*

Woodrow K. Glass (OBA #15690)
Jonathan M. Irwin (OBA # 32636)
Ward & Glass
1601 36th Ave NW
Norman, OK 73072
405.253.4031 DIRECT
405.360.7902 FAX
woody@wardglasslaw.com

*Attorneys for Plaintiffs*

2

/s/Courtney D. Powell
Courtney D. Powell
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
cpowell@spencerfane.com

*Attorney for Defendants*