# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

KIMIESHA HILL, et al., on behalf of   )
themselves and all others similarly situated,  )
          )
        Plaintiffs,   )
          )
v.   ) Case No. CIV-21-97-SLP
          )
TOWN OF VALLEY BROOK, et al.,   )
          )
        Defendants.   )
          )

## FIRST AMENDED PHASE I SCHEDULING ORDER

Before the Court is the Unopposed Motion to Extend Case Deadlines [Doc. No. 43] filed by Plaintiffs Kimiesha Hill, Jason Garnett, and Kiara McCorkle.  The Plaintiffs request a 90-day extension of the deadlines set forth in the Court's Phase I Specialized Scheduling Order [Doc. No. 40].  For good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs shall file a motion for class certification on or before March 2, 2023. Any response(s) to that motion shall be filed on or before April 17, 2023. The filing of any reply in support of the class certification motion shall be governed by the Local Civil Rules of this Court.  Further deadlines may be established in a Phase II Specialized Scheduling Order after the Court's ruling on the motion for class certification.

IT IS SO ORDERED this 3rd day of October, 2022.

**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**