# EXHIBIT 3

**From:** Ferate, AJ
**Sent:** Monday, July 25, 2022 3:24:12 PM
**To:** Babchinetskaya, Izabella (Phila); Lester, Andy; Davies, Shannon; Powell, Courtney
**Cc:** aago@lawyerscommittee.org; Leckerman, Jason (Phila); Gavin, Laura (Phila); Swaminathan, Lisa B. (Phila); Jonathan Irwin; Tianna Mays; Woody Glass
**Subject:** RE: Hill et al. v. Town of Valley Brook, et al. - RFPs
**Sensitivity:** Normal

⚠ **EXTERNAL**

Izabella:

Thanks for the call back and the two week extension.

Warmly,

A.J. Ferate

**From:** Ferate, AJ
**Sent:** Monday, July 25, 2022 2:21 PM
**To:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Davies, Shannon <sdavies@spencerfane.com>; Powell, Courtney <cpowell@spencerfane.com>
**Cc:** aago@lawyerscommittee.org; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Gavin, Laura <gavinl@ballardspahr.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Tianna Mays <tmays@lawyerscommittee.org>; Woody Glass <woody@wardglasslaw.com>
**Subject:** RE: Hill et al. v. Town of Valley Brook, et al. - RFPs

Ms. Babcinetskaya:

I just left a voicemail a few moments ago. Due to a number of unfortunate circumstances, we would respectfully request three additional weeks to provide you with the requested discovery. I am available at your convenience at 202-486-7211 should there be a need to speak with me directly on the matter.

Warmly,

A.J. Ferate

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Tuesday, July 19, 2022 10:04 AM
**To:** Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Davies, Shannon <sdavies@spencerfane.com>; Powell, Courtney <cpowell@spencerfane.com>
**Cc:** aago@lawyerscommittee.org; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Gavin, Laura <gavinl@ballardspahr.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Tianna Mays <tmays@lawyerscommittee.org>; Woody Glass <woody@wardglasslaw.com>
**Subject:** [EXTERNAL] RE: Hill et al. v. Town of Valley Brook, et al. - RFPs

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Hi all,

We had previously discussed meeting about ESI protocol. In anticipation of document production, do you have some time this week to discuss the protocol and document production?

Thank you,
Izabella

---

**From:** Babchinetskaya, Izabella (Phila)
**Sent:** Thursday, June 23, 2022 12:50 PM
**To:** 'alester@spencerfane.com' <alester@spencerfane.com>; 'ajferate@spencerfane.com' <ajferate@spencerfane.com>; 'sdavies@spencerfane.com' <sdavies@spencerfane.com>; 'Powell, Courtney' <cpowell@spencerfane.com>
**Cc:** 'aago@lawyerscommittee.org' <aago@lawyerscommittee.org>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Gavin, Laura (Phila) <gavinl@ballardspahr.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; 'Jonathan Irwin' <Jonathan@wardglasslaw.com>; 'Tianna Mays' <tmays@lawyerscommittee.org>; 'Woody Glass' <woody@wardglasslaw.com>
**Subject:** Hill et al. v. Town of Valley Brook, et al. - RFPs

All,

Please see attached Plaintiffs' First Request for Production of Documents.

Thank you,
Izabella

**Izabella Babchinetskaya**
2021 Pro Bono Honor Roll – Gold

**Ballard Spahr** LLP

1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
215.864.8315 direct
215.864.8999 fax

babchinetskayai@ballardspahr.com
vcard

-------------------------------

www.ballardspahr.com