# EXHIBIT 4

**From:** Jonathan Irwin
**Sent:** Friday, August 26, 2022 4:09:38 PM
**To:** Jonathan Irwin Holkum, Laura; Jonathan Irwin; aago@lawyerscommittee.org; Leckerman, Jason (Phila); Gavin, Laura (Phila); Swaminathan, Lisa B. (Phila); Tianna Mays; Woody Glass; Babchinetskaya, Izabella (Phila)
**Subject:** FW: Valley Brook
**Sensitivity:** Normal

---

⚠ **EXTERNAL**

FYI



# Jonathan M. Irwin
ASSOCIATE ATTORNEY

Phone: (405) 360-9700 dd (405) 701-3604
Email: jonathan@wardglasslaw.com
Website: www.wardglasslaw.com
Address: Ward & Glass, LLP | 1601 36th Avenue NW | Norman, OK | 73072



CONFIDENTIALITY NOTICE: Information contained in this e-mail message is attorney/client privileged and may contain privileged or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, immediately notify the sender by telephone at 405.360.9700 and return the original message to jonathan@wardglasslaw.com.

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Friday, August 26, 2022 3:07 PM
**To:** Jonathan Irwin <Jonathan@wardglasslaw.com>
**Subject:** Valley Brook

Just wanted to advise you that our office is experiencing a network outage to a "central" (IT's words) piece of equipment. I can't get to the docs. I don't have an ETA yet on when it will be back up. I just wanted to let you all know -- your email was the one I could pull from my phone.

Will keep you posted.

Courtney Powell
(Sent from iPhone)

Get Outlook for iOS