IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 5:21-cv-00097-SLP<br>)<br>) |
| v. | )<br>) |
| TOWN OF VALLEY BROOK, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

### NOTICE TO TAKE DEPOSITION

**To:** Monika Herrera
c/o Spencer Fane LLP

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6) and 45 and LCvR 30.1, Plaintiffs will take the depositions upon oral examination, to be recorded by stenographic means of Monica Herrera, on Friday November 11, 2022, beginning at 9:00 a.m., at the offices of Ward & Glass, LLP, 1601 36th Ave. NW, Suite 100, Norman, Oklahoma 73072, before an officer authorized to administer such oaths. The deposition will continue from day to day until completed.

Dated: October 28, 2022

Respectfully submitted,
*s/Jonathan M. Irwin*
Jason A. Leckerman
Lisa Swaminathan
Izabella Babchinetskaya
Ballard Spahr LLP
1735 Market St. 51st Floor,
Philadelphia, PA 19103


215.864.8266 DIRECT
215.864.8999 FAX
LeckermanJ@ballardspahr.com
SwaminathanL@ballardspahr.com
BabchinetskayaI@ballardspahr.com
*Admitted pro hac vice*

Woodrow K. Glass (OBA #15690)
Jonathan M. Irwin (OBA #32636)
Ward & Glass
1601 36th Avenue NW
Norman, OK 73072
405.253.4031 DIRECT
405.360.7902 FAX
woody@wardglasslaw.com
jonathan@wardglasslaw.com

Arthur Ago
Tianna Mays*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
202-662-8600 DIRECT
202-783-0857 FAX
aago@lawyerscommittee.org
tmays@lawyerscommittee.org
*Admitted pro hac vice*
*\*Admitted in New Jersey and Maryland only. Practice limited to matters before federal courts*
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October 2022, I electronically submitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants on file.

            *s/Jonathan M. Irwin*
            Jonathan M. Irwin