IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KIMIESHA HILL, et al., on behalf of themselves )
and all others similarly situated, )
)
          Plaintiffs, )
)
   v. ) Case No. 5:21-cv-00097-SLP
)
TOWN OF VALLEY BROOK, et al., )
)
          Defendants. )
)

## AMENDED NOTICE TO TAKE DEPOSITION

**To:** Monika Herrera
c/o Spencer Fane LLP

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6) and 45 and LCvR 30.1, Plaintiffs will take the depositions upon oral examination, to be recorded by stenographic means of Monica Herrera, on Friday November 18, 2022, beginning at 9:00 a.m., at Instascript, 125 Park Avenue Street, Oklahoma City, Oklahoma, before an officer authorized to administer such oaths. The deposition will continue from day to day until completed.

Dated: November 4, 2022

Respectfully submitted,
*s/Jonathan M. Irwin*
Jason A. Leckerman
Lisa Swaminathan
Izabella Babchinetskaya
Ballard Spahr LLP
1735 Market St. 51st Floor,
Philadelphia, PA 19103

        215.864.8266 DIRECT
        215.864.8999 FAX
        LeckermanJ@ballardspahr.com
        SwaminathanL@ballardspahr.com
        BabchinetskayaI@ballardspahr.com
        *Admitted pro hac vice*

        Woodrow K. Glass (OBA #15690)
        Jonathan M. Irwin (OBA #32636)
        Ward & Glass
        1601 36th Avenue NW
        Norman, OK 73072
        405.253.4031 DIRECT
        405.360.7902 FAX
        woody@wardglasslaw.com
        jonathan@wardglasslaw.com

        Arthur Ago
        Tianna Mays*
        Lawyers' Committee for Civil Rights
        Under Law
        1500 K Street NW, Suite 900
        Washington, DC 20005
        202-662-8600 DIRECT
        202-783-0857 FAX
        aago@lawyerscommittee.org
        tmays@lawyerscommittee.org
        *Admitted pro hac vice*
        **Admitted in New Jersey and Maryland*
        *only. Practice limited to matters before*
        *federal courts*
        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 4th day of November, 2022, I electronically submitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants on file.

                                    *s/Jonathan M. Irwin*
                                    Jonathan M. Irwin