**Powell, Courtney**

| | |
|---|---|
| From: | Powell, Courtney |
| Sent: | Monday, July 25, 2022 7:03 AM |
| To: | Babchinetskaya, Izabella |
| Cc: | aago@lawyerscommittee.org; Leckerman, Jason; Gavin, Laura; Swaminathan, Lisa B.; Jonathan Irwin; Tianna Mays; Woody Glass |
| Subject: | RE: Hill et al. v. Town of Valley Brook, et al. - RFPs |

Izabella –

Good morning. I apologize for the delay in responding. My father-in-law passed away unexpectedly last week, and I have (will continue for the next few days) to be away from the office. To that end, could we have a two week extension to get the RFP responses to you?

I agree that it is a good idea to discuss production – I can be available any time on Thursday or Friday to discuss.

Thank you,
Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Tuesday, July 19, 2022 10:04 AM
**To:** Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Davies, Shannon <sdavies@spencerfane.com>; Powell, Courtney <cpowell@spencerfane.com>
**Cc:** aago@lawyerscommittee.org; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Gavin, Laura <gavinl@ballardspahr.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Tianna Mays <tmays@lawyerscommittee.org>; Woody Glass <woody@wardglasslaw.com>
**Subject:** [EXTERNAL] RE: Hill et al. v. Town of Valley Brook, et al. - RFPs

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Hi all,

We had previously discussed meeting about ESI protocol. In anticipation of document production, do you have some time this week to discuss the protocol and document production?

Thank you,
Izabella

EXHIBIT 1

1

**From:** Babchinetskaya, Izabella (Phila)
**Sent:** Thursday, June 23, 2022 12:50 PM
**To:** 'alester@spencerfane.com' <alester@spencerfane.com>; 'ajferate@spencerfane.com' <ajferate@spencerfane.com>; 'sdavies@spencerfane.com' <sdavies@spencerfane.com>; 'Powell, Courtney' <cpowell@spencerfane.com>
**Cc:** 'aago@lawyerscommittee.org' <aago@lawyerscommittee.org>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Gavin, Laura (Phila) <gavinl@ballardspahr.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; 'Jonathan Irwin' <Jonathan@wardglasslaw.com>; 'Tianna Mays' <tmays@lawyerscommittee.org>; 'Woody Glass' <woody@wardglasslaw.com>
**Subject:** Hill et al. v. Town of Valley Brook, et al. - RFPs

All,

Please see attached Plaintiffs' First Request for Production of Documents.

Thank you,
Izabella

**Izabella Babchinetskaya**
2021 Pro Bono Honor Roll – Gold

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8315 DIRECT
215.864.8999 FAX

babchinetskayai@ballardspahr.com
VCARD

www.ballardspahr.com

2