## Powell, Courtney

| | |
|---|---|
| **From:** | Powell, Courtney |
| **Sent:** | Thursday, August 11, 2022 4:06 PM |
| **To:** | Babchinetskaya, Izabella |
| **Subject:** | Re: Hill et al. v. Town of Valley Brook, et al. - RFPs |

Izabella - I apologize for the delayed response. I've been away from my office. apparently, there was some confusion with our darkening as to whether the agreed extension was 2 to 3 weeks. I am working to finalize now and will have them to you by close of business on Monday. I appreciate your patience and I apologize for the miscommunication on our end.

Courtney Powell
(Sent from iPhone)

Get Outlook for iOS

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Wednesday, August 10, 2022 10:40:38 AM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** aago@lawyerscommittee.org <aago@lawyerscommittee.org>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Gavin, Laura <gavinl@ballardspahr.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Tianna Mays <tmays@lawyerscommittee.org>; Woody Glass <woody@wardglasslaw.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Davies, Shannon <sdavies@spencerfane.com>
**Subject:** [EXTERNAL] RE: Hill et al. v. Town of Valley Brook, et al. - RFPs

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Hi Courtney,

The agreed-upon extended deadline for discovery responses was this Monday, August 8th. To date, we have not received any responses. Please let us know when we can expect them.

Thank you,
Izabella

**From:** Babchinetskaya, Izabella (Phila)
**Sent:** Monday, July 25, 2022 12:25 PM
**To:** 'Powell, Courtney' <cpowell@spencerfane.com>
**Cc:** aago@lawyerscommittee.org; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Gavin, Laura (Phila) <gavinl@ballardspahr.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Tianna Mays <tmays@lawyerscommittee.org>; Woody Glass <woody@wardglasslaw.com>
**Subject:** RE: Hill et al. v. Town of Valley Brook, et al. - RFPs

Courtney,

We're very sorry to hear about your loss. Our condolences to you and your family. A two-week extension is fine.

1                                                                       **EXHIBIT 2**

Does Thursday at 2:00 EST work for a call about ESI? We're planning on including a member of our e-discovery team on the call. Please let us know who will join on your end, and we'll send around dial-in information.

Thanks,
Izabella

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Monday, July 25, 2022 8:03 AM
**To:** Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>
**Cc:** aago@lawyerscommittee.org; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Gavin, Laura (Phila) <gavinl@ballardspahr.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Tianna Mays <tmays@lawyerscommittee.org>; Woody Glass <woody@wardglasslaw.com>
**Subject:** RE: Hill et al. v. Town of Valley Brook, et al. - RFPs

⚠ **EXTERNAL**

Izabella –

Good morning. I apologize for the delay in responding. My father-in-law passed away unexpectedly last week, and I have (will continue for the next few days) to be away from the office. To that end, could we have a two week extension to get the RFP responses to you?

I agree that it is a good idea to discuss production – I can be available any time on Thursday or Friday to discuss.

Thank you,
Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Tuesday, July 19, 2022 10:04 AM
**To:** Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Davies, Shannon <sdavies@spencerfane.com>; Powell, Courtney <cpowell@spencerfane.com>
**Cc:** aago@lawyerscommittee.org; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Gavin, Laura <gavinl@ballardspahr.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Tianna Mays <tmays@lawyerscommittee.org>; Woody Glass <woody@wardglasslaw.com>
**Subject:** [EXTERNAL] RE: Hill et al. v. Town of Valley Brook, et al. - RFPs

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Hi all,

We had previously discussed meeting about ESI protocol. In anticipation of document production, do you have some time this week to discuss the protocol and document production?

Thank you,
Izabella


**From:** Babchinetskaya, Izabella (Phila)
**Sent:** Thursday, June 23, 2022 12:50 PM
**To:** 'alester@spencerfane.com' <alester@spencerfane.com>; 'ajferate@spencerfane.com' <ajferate@spencerfane.com>; 'sdavies@spencerfane.com' <sdavies@spencerfane.com>; 'Powell, Courtney' <cpowell@spencerfane.com>
**Cc:** 'aago@lawyerscommittee.org' <aago@lawyerscommittee.org>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Gavin, Laura (Phila) <gavinl@ballardspahr.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; 'Jonathan Irwin' <Jonathan@wardglasslaw.com>; 'Tianna Mays' <tmays@lawyerscommittee.org>; 'Woody Glass' <woody@wardglasslaw.com>
**Subject:** Hill et al. v. Town of Valley Brook, et al. - RFPs

All,

Please see attached Plaintiffs' First Request for Production of Documents.

Thank you,
Izabella

**Izabella Babchinetskaya**
2021 Pro Bono Honor Roll – Gold

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8315 DIRECT
215.864.8999 FAX

babchinetskayai@ballardspahr.com
VCARD

www.ballardspahr.com

3