## Powell, Courtney

| | |
|---|---|
| **From:** | Powell, Courtney |
| **Sent:** | Friday, August 26, 2022 9:04 PM |
| **To:** | Jonathan Irwin; Babchinetskaya, Izabella; aago@lawyerscommittee.org; Leckerman, Jason; Gavin, Laura; Swaminathan, Lisa B.; Tianna Mays; Woody Glass |
| **Cc:** | Holkum, Laura; Lester, Andy; Ferate, AJ |
| **Subject:** | RE: Hill et al. v. Town of Valley Brook, et al. - RFPs |

We appreciate your continued courtesies regarding the production of documents. We are continuing to work to finalize a complete production of documents, however, the documents are not finalized today. We will advise you by noon Monday as to the status. I can assure you we are working to get the production to you as soon as possible.

Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

---

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

1

EXHIBIT 4