**Powell, Courtney**

| | |
|---|---|
| **From:** | Powell, Courtney |
| **Sent:** | Monday, August 29, 2022 11:58 AM |
| **To:** | 'Jonathan Irwin'; 'Babchinetskaya, Izabella'; 'aago@lawyerscommittee.org'; 'Leckerman, Jason'; 'Gavin, Laura'; 'Swaminathan, Lisa B.'; 'Tianna Mays'; 'Woody Glass' |
| **Cc:** | Holkum, Laura; Lester, Andy; Ferate, AJ |
| **Subject:** | RE: Hill et al. v. Town of Valley Brook, et al. - RFPs |

We are working on amended responses in light of further discussions with our client. Many of the responsive documents are not readily available and have (previously) been requested. Our client should receive those documents mid-week. We will review and work to complete production as quickly as possible but this may take until next Tuesday – we will work to shorten the time.

Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Powell, Courtney
**Sent:** Friday, August 26, 2022 9:04 PM
**To:** Jonathan Irwin <Jonathan@wardglasslaw.com>; Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>; aago@lawyerscommittee.org; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Gavin, Laura <gavinl@ballardspahr.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Tianna Mays <tmays@lawyerscommittee.org>; Woody Glass <woody@wardglasslaw.com>
**Cc:** Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>
**Subject:** RE: Hill et al. v. Town of Valley Brook, et al. - RFPs

We appreciate your continued courtesies regarding the production of documents. We are continuing to work to finalize a complete production of documents, however, the documents are not finalized today. We will advise you by noon Monday as to the status. I can assure you we are working to get the production to you as soon as possible.

Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

EXHIBIT 5