**Shared Folders** > Valley Brook - Amended Discovery

 **Valley Brook - Amended Discovery**   ··· More Options

📁 Items in this Folder     👥 People on this Folder

⚠️ A file retention policy has been set for this folder. All files stored here will be deleted 365 day(s) after they are uploaded

| | Name ▲ | # | Size | Uploaded | Creator |
|---|---|---|---|---|---|
| ☐ ☆  | Amended Response_Hayne… | | 104 KB | 9/6/22 | C. Powell |
| ☐ ☆ | Amended Response_Neima… | | 98 KB | 9/6/22 | C. Powell |
| ☐ ☆ | Amended Response_Stamp… | | 111 KB | 9/6/22 | C. Powell |
| ☐ ☆ | Amended Response_VB_1st … | | 130 KB | 9/6/22 | C. Powell |
| ☐ ☆ | Files (1).zip | | 34 MB | 9/8/22 | C. Powell |
| ☐ ☆ | VB 0001-0122.pdf | | 72 MB | 9/8/22 | C. Powell |
| ☐ ☆ | VB 0123-0160.pdf | | 16 MB | 9/8/22 | C. Powell |
| ☐ ☆ | VB 0161-0182.pdf | | 10 MB | 9/8/22 | C. Powell |

Email me when a file is:   ☐ Downloaded from this folder   ☐ Uploaded to this folder

EXHIBIT 6

