Shared Folders  >  Valley Brook - Amended Discovery

### 📁 Valley Brook - Amended Discovery    ··· More Options

| 📁 Items in this Folder | 👥 People on this Folder |

🔍 Search folder users

[ Clone User ]   [ Notify Users ]   [ Remove Selected ]    Add People to Folder

| | | Name | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Powell, Courtney (Spencer Fane LLP) (owner) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | | Ago, A | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | | Babchinetskaya, Izabells (Ballard Spahr) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | | Gavin, Laura (Ballard Spahr) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | | Glass, Woody (Ward Glass) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | | Holkum, Laura (Spencer Fane) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | JI | Irwin, Jonathan (Ward Glass) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | JL | Leckerman, Jason (Ballard Spahr) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | TM | Mays, Tianna (Lawyers Committee) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ☐ | LS | Swaminathan, Lisa (Ballard Spahr) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ Apply permissions to subfolders

EXHIBIT 7

