## Powell, Courtney

| | |
|---|---|
| **From:** | Powell, Courtney |
| **Sent:** | Thursday, September 8, 2022 6:23 PM |
| **To:** | Babchinetskaya, Izabella; aago@lawyerscommittee.org; Tianna Mays; Jonathan Irwin; Leckerman, Jason; Woody Glass; Swaminathan, Lisa B.; Gavin, Laura |
| **Cc:** | Holkum, Laura |
| **Subject:** | RE: Hill et al. v. Town of Valley Brook |

Izabella –

I am working through your email and will have a complete response tomorrow. However, I did realize that the link I sent did not include all of the documents. I'm not sure what happened and am reviewing. I will be sending (by separate e-mail) a link to a shared Sharefile that will contain the documents sent Tuesday, amended responses, and an additional set of documents.

I am still receiving documents from the client and will supplement as they come in. We need to discuss the production of copies of the original jackets. The 5 year scopes yields multiple banker boxes worth of information that will need to be (and are in the process of) being copied. There is no electronic copy – only a hard paper copy. There are electronic alternatives that will contain the same information and would speed up the production process.

Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Powell, Courtney
**Sent:** Tuesday, September 6, 2022 9:43 PM
**To:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>; aago@lawyerscommittee.org; Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Woody Glass <woody@wardglasslaw.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Gavin, Laura <gavinl@ballardspahr.com>
**Cc:** Holkum, Laura <lholkum@spencerfane.com>
**Subject:** Hill et al. v. Town of Valley Brook

Please see the below link:

https://spencerfane.sharefile.com/d-s2928236061b94ca7be1176f22540a54e

**Courtney Powell**  Of Counsel
Spencer Fane LLP

**EXHIBIT 9**

1