## Powell, Courtney

| | |
|---|---|
| From: | Powell, Courtney |
| Sent: | Monday, September 19, 2022 3:41 PM |
| To: | Babchinetskaya, Izabella |
| Cc: | Holkum, Laura; aago@lawyerscommittee.org; Tianna Mays; Jonathan Irwin; Leckerman, Jason; Woody Glass; Swaminathan, Lisa B.; Gavin, Laura |
| Subject: | RE: Hill et al. v. Town of Valley Brook |

We are in agreement with the protective order.

I apologize for the issue regarding the Sharefile – there was a typographical error in entering your email address. We will work to ensure that it does not occur again.

As noted in my previous email, we need to set up a call regarding the time and expense in producing the original time jackets. We can produce electronic reports containing the same information that would be more efficient in production.

I am unavailable tomorrow or Wednesday morning. My availability is more open Thursday and Friday.

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
O 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Babchinetskaya, Izabella <Babchinetskayal@ballardspahr.com>
**Sent:** Monday, September 19, 2022 8:21 AM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Holkum, Laura <lholkum@spencerfane.com>; aago@lawyerscommittee.org; Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Woody Glass <woody@wardglasslaw.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Gavin, Laura <gavinl@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Hill et al. v. Town of Valley Brook

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Courtney,

We have yet to receive a response from defendants. Please provide us with an update on the ticket jackets, as well as the protective order.

Thank you,
Izabella

1

**EXHIBIT 10**

**From:** Babchinetskaya, Izabella (Phila)
**Sent:** Monday, September 12, 2022 11:00 AM
**To:** 'Powell, Courtney' <cpowell@spencerfane.com>
**Cc:** Holkum, Laura <lholkum@spencerfane.com>; aago@lawyerscommittee.org; Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Woody Glass <woody@wardglasslaw.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Gavin, Laura (Phila) <gavinl@ballardspahr.com>
**Subject:** RE: Hill et al. v. Town of Valley Brook

Courtney,

Your email below references a complete response that you intended to circulate by Friday. I did not receive another email from you. Please let us know when to expect that response. Also, several members on our team received a Sharefile link with a supplemental production, but I did not. For any future productions, please make sure to include all of plaintiffs' counsel.

In addition, your email references ticket jackets that are in the process of being copies. Please let us know when you expect the copying to be complete.

Finally, I'm re-attaching the protective order that we circulated on August 25, 2022 for your comments and review.

Thank you,
Izabella


**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Thursday, September 8, 2022 7:23 PM
**To:** Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>; aago@lawyerscommittee.org; Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Woody Glass <woody@wardglasslaw.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Gavin, Laura (Phila) <gavinl@ballardspahr.com>
**Cc:** Holkum, Laura <lholkum@spencerfane.com>
**Subject:** RE: Hill et al. v. Town of Valley Brook

⚠ EXTERNAL

Izabella –

I am working through your email and will have a complete response tomorrow. However, I did realize that the link I sent did not include all of the documents. I'm not sure what happened and am reviewing. I will be sending (by separate e-mail) a link to a shared Sharefile that will contain the documents sent Tuesday, amended responses, and an additional set of documents.

I am still receiving documents from the client and will supplement as they come in. We need to discuss the production of copies of the original jackets. The 5 year scopes yields multiple banker boxes worth of information that will need to be (and are in the process of) being copied. There is no electronic copy – only a hard paper copy. There are electronic alternatives that will contain the same information and would speed up the production process.

Courtney
**Courtney Powell** Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
O 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Powell, Courtney
**Sent:** Tuesday, September 6, 2022 9:43 PM
**To:** Babchinetskaya, Izabella <Babchinetskayal@ballardspahr.com>; aago@lawyerscommittee.org; Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Woody Glass <woody@wardglasslaw.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Gavin, Laura <gavinl@ballardspahr.com>
**Cc:** Holkum, Laura <lholkum@spencerfane.com>
**Subject:** Hill et al. v. Town of Valley Brook

Please see the below link:

https://spencerfane.sharefile.com/d-s2928236061b94ca7be1176f22540a54e

Courtney Powell  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
O 405.753.5915
cpowell@spencerfane.com | spencerfane.com