CIT # _____   CASE ; _____
NAME _____
Warrant _____   FTA _____
Age _____
Jail _____   Cont. _____
BOND (at time of arrest)
Date 5/12/17 Time 2306 Amount $ _____

[blurred/redacted area with initials "BR"]

ARRAIGNMENT
Date _____ Time _____ Plea _____
Disposition _____
COURT (trial)
To Appear 9 Day of JUNE, 20 19
Continued To _____ Day of _____, 20 ___
Plea _____ Attorney _____
Judgment _____
Disposition _____
Fine $ _____ Suspended $ _____
Signature of Judge

134 online
pd
BF&CC

Sample 0001

EXHIBIT 13

DATE: _____ AMT _____ 35 online

TIME PAY (35) 5/15/1

cc

DUE _____
CONT _____
AMT _____ 134
PAYMENT _____ (134) Bond
BALANCE _____
PAYMENT _____
BALANCE _____
PAYMENT _____
BALANCE _____
PAYMENT _____
BALANCE _____
PAYMENT _____
BALANCE _____
PAYMENT _____

_____ Months Continue Sentence To _____

1. No Violations
2. No Alcohol
3. D.U.I. School Successful Completion
4. Probation Fee _____
5. _____
6. _____
7. Fine _____

_____ Court Cost

Sample 0002

TrafficPayment.com -- Payment Receipt

Page 1 of 1

🔒 CONFIDENTIAL


THE PAYMENT GROUP

**Payment Receipt**

Confirmation #: FJ9XS5

Date Paid: 5

Payment Status: PAID

Plea: No Contest

Type of Payment: Web

| Name | DL # | DL State | Ticket Number | Payment Amount | Processing Fee | Total Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

City or County Name: Valley Brook, OK

Ticket Total: $169.00

Processing Fee Total: $11.95

Total Amount: $180.95

**Billing Information**

First Name:

Middle Name:

Last Name:

Address Line 1:

Address Line 2:

City:

State:

Zip Code:

Country:

Phone Number:

Email Address:

IP Address:

**Credit Card Information**

Credit Card Type:

Credit Card Number:

Credit Card Expiration:

➢ Back To Home

https://www.trafficpayment.com/PaymentReceipt.aspx?ConfNumber=FJ9XS5

Sample 0003

5/13/2017

| COUNTY OF OKLAHOMA | ) | JUD. DIST. Municipal Court |
| CITY OF VALLEY BROOK | ) ss | Nº 12572 |
| | ) | |

**COMPLAINT - INFORMATION**

The undersigned, being duly sworn, upon his oath deposes and says that:

| on or about (date) | at (24 hour time) | at or near (location) |
|---|---|---|
| 5-12-17 | 2306 | 1500 Bolc S.E. 59TH |

| County Number | 5 | 5 | Control-Int. East | 8 | 5 | North Location |

within the city, county and state aforesaid:

Name (last, first, middle) — Phone number

City — State — Zip Code

Birthdate (mo, day, yr.) | Height | Weight | Race | Sex | Class | Endorsements

ber — Withdraw ☐ Y ☐ N — ear — State

Employer — Did Unlawfully ☐ — Operate ☐ — Park ☐

Commercial Motor Vehicle Y / N | ☐ Haz. Mat. Placard | ACCIDENT: ☐ PD ☐ PI ☐ FATALITY

and did then and there commit the following offense:

SPEEDING ____ MPH in ____ MPH Zone — Pace ☐ Radar ☐ Plane ☐ Other ☐

Other Violation: ____

C. ____

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

Name and Title ____ Commission Expires ____

Court Appearance 7 day of June 2017 at 6:00 M  (DPS USE)

Address of Court **1618 S.E. 59TH ST.**

NOTICE: Release upon personal recognizance based upon a signed written promise to appear for arraignment is conditional and failure to timely appear for arraignment shall result in suspension of the arrested person's driver license in Oklahoma, or in the nonresident's home state pursuant to the Nonresident Violator Compact.

WITHOUT ADMITTING ____ time and place.

X SIGNATURE ____

(CHECK ONLY ONE BOX)
☐ Signed Personal Recognizance  ☐ Bond Attached  ☐ Magistrate  ☐ Jail  ☐ Other

☐ JUVENILE  Name of Parent or Guardian ____ Address ____

Officer's Remarks: ____

AREA HIGHWAY TYPE: ☐ 1 lane ☐ 2 lane ☐ 3 lane  ☐ ____ ☐ residential ☐ rural  ☐ 4 or more ☐ on/off  ☐ divided ☐ ramp

Sample 0004



**COURT RECORD**

Case No. _____ Docket No. _____ Page No. _____

Arraignment Continued to: _____

**ENTRY OF APPEARANCE AND PLEA**

I, the undersigned, do hereby enter my appearance on the complaint of the offense charged on the other side of this summons. I have been informed of my right to trial as provided by law.

☐ I do hereby waive my rights to a hearing by court or jury and PLEAD GUILTY to said offense as charged. I further agree to pay the penalty prescribed for my offense.

☐ I do hereby waive my rights to a hearing by court or jury and PLEAD NOLO CONTENDERE (No Contest) to said offense as charged. I further agree to pay the penalty prescribed for my offense.

☐ I do hereby PLEAD NOT GUILTY to said offense as charged, posting amount designated below as my bond for appearance in court on: _____

Signature of Defendant: _____

Amount: $ _____ Date _____

**PROSECUTOR'S ENDORSEMENT**

The within complaint has been examined and there is probable cause for filing the same Complaint filed:

Signature (Prosecuting Attorney;   D.A.;   A.D.A.   )        Date

**COURT ORDERS**

☐ Charge Amended to _____  On (Date): _____

Non Conviction Based Upon:
☐ Court (Jury) Acquittal            ☐ Court Dismissal No Fine/Costs
☐ Deferred to Date _____  ☐ Court Dismissal With Fine/Costs
Date of Order _____

Conviction Based Upon:
☑ Bond Forfeiture                    ☐ Plea of Guilty
☐ Plea of Nolo Contendere            ☐ Court (Jury) Conviction

Conviction Date _____

The Court, therefore, enters the following order:

Fines $ _____ Costs: $ _____

Jailed _____ days in _____

School _____ days; Probation _____ days; Defendant notified of his rights _____

Appeal Bond of $ _____ filed _____

Appeal to _____ Court

I Certify This To Be A True And Correct Abstract Of Court Record.

_____
Signature of:
☐ Judge   ☐ Clerk   ☐ Deputy Clerk

**Sample 0005**