IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>TOWN OF VALLEY BROOK, et al.,<br><br>                Defendants. | Case No. 5:21-cv-00097-SLP |

## NOTICE TO TAKE DEPOSITION

**To:** **Justin Nelson**
       c/o Spencer Fane LLP

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(1) and LCvR30.1, Plaintiffs will take the deposition upon oral examination, to be recorded by stenographic means of Justin Nelson on Tuesday, January 10, 2023 at 1:00 p.m. at Instascript, 125 Park Avenue Street, Oklahoma City, Oklahoma, before an officer authorized to administer such oaths. The deposition will continue from day to day until completed.

Dated: December 21, 2022

Respectfully submitted,

*s/Jonathan M. Irwin*
Jason A. Leckerman
Lisa Swaminathan
Izabella Babchinetskaya
Ballard Spahr LLP
1735 Market St. 51st Floor,
Philadelphia, PA 19103

215.864.8266 DIRECT
215.864.8999 FAX
LeckermanJ@ballardspahr.com
SwaminathanL@ballardspahr.com
BabchinetskayaI@ballardspahr.com
*Admitted pro hac vice*

Woodrow K. Glass (OBA #15690)
Jonathan M. Irwin (OBA #32636)
Ward & Glass
1601 36th Avenue NW
Norman, OK 73072
405.253.4031 DIRECT
405.360.7902 FAX
woody@wardglasslaw.com
jonathan@wardglasslaw.com

Arthur Ago
Tianna Mays*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
202-662-8600 DIRECT
202-783-0857 FAX
aago@lawyerscommittee.org
tmays@lawyerscommittee.org
*Admitted pro hac vice*
*\*Admitted in New Jersey and Maryland only. Practice limited to matters before federal courts*
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, 2022, I electronically submitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants on file.

*s/Jonathan M. Irwin*
Jonathan M. Irwin