IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KIMIESHA HILL, et al., on behalf of themselves )
and all others similarly situated,               )
                                                 )
                      Plaintiffs,                )
                                                 )
        v.                                       ) Case No. 5:21-cv-00097-SLP
                                                 )
TOWN OF VALLEY BROOK, et al.,                    )
                                                 )
                      Defendants.                )
                                                 )

## NOTICE TO TAKE DEPOSITION

To:   Justin Michael Nelson
      458 College Ave, Apt. 2
      Norman, OK 73069-5671

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(1) and LCvR30.1, Plaintiffs will take the deposition upon oral examination, to be recorded by stenographic means of Justin Nelson on Friday, February 10, 2023 at 9:30 a.m. at the law offices of Ward & Glass, 1601 36th Avenue NW, Norman, Oklahoma 73069.  The same will be recorded by Instascript Reporting Services, before an officer authorized to administer such oaths.  The deposition will continue from day to day until completed.

Dated:    January 31, 2023              Respectfully submitted,

                                        *s/Jonathan M. Irwin*
                                        Jason A. Leckerman
                                        Lisa Swaminathan
                                        Izabella Babchinetskaya
                                        Ballard Spahr LLP
                                        1735 Market St. 51st Floor,

>Philadelphia, PA 19103
>215.864.8266 DIRECT
>215.864.8999 FAX
>LeckermanJ@ballardspahr.com
>SwaminathanL@ballardspahr.com
>BabchinetskayaI@ballardspahr.com
>*Admitted pro hac vice*
>
>Woodrow K. Glass (OBA #15690)
>Jonathan M. Irwin (OBA #32636)
>Ward & Glass, LLP
>1601 36th Avenue NW
>Norman, OK 73072
>405.253.4031; 405.360.7902/fax
>woody@wardglasslaw.com
>jonathan@wardglasslaw.com
>
>Arthur Ago
>Tianna Mays
>Lawyers' Committee for Civil Rights
>Under Law
>1500 K Street NW, Suite 900
>Washington, DC 20005
>202-662-8600 DIRECT
>202-783-0857 FAX
>aago@lawyerscommittee.org
>tmays@lawyerscommittee.org
>*Admitted pro hac vice*
>*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, I electronically submitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants on file.

>*s/Jonathan M. Irwin*
>Jonathan M. Irwin