IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. CIV-21-97-SLP |
| | ) |
| TOWN OF VALLEY BROOK, et al. | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is Plaintiffs' Unopposed Motion to Extend Case Deadlines [Doc. No. 71]. Plaintiffs seek a 90-day extension to all deadlines set forth in the First Amended Phase I Scheduling Order [Doc. No. 44]. For good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiffs shall file a motion for class certification on or before May 31, 2023. Any response(s) to that motion shall be filed on or before July 17, 2023. The filing of any reply in support of the class certification motion shall be governed by the Local Civil Rules of this Court. Further deadlines may be established in a Phase II Specialized Scheduling Order after the Court's ruling on the motion for class certification.

IT IS SO ORDERED this 22nd day of February, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE