UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

KIMIESHA HILL, et al., on behalf of themselves
And all others similarly situated,

 Plaintiffs,

vs.

TOWN OF VALLEY BROOK, et al.,

 Defendants

**NOTICE OF HEARING**

Case Number CIV-21-97-SLP

Type of Case    X    CIVIL      _____ CRIMINAL

*TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place: U.S. Courthouse
   Courtroom 304
   200 N.W. 4th Street
   Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**March 23, 2023 @ 1:30 p.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

TYPE OF PROCEEDING

**HEARING PLAINTIFFS' MOTION TO COMPEL [DOC. NO. 50]**

TAKE NOTICE: **Counsel for the parties are directed to mee in the conference froom of the chambers of Judge Scott L. Palk one hour prior to the hearing to make further effort to resolve this matter by agreement.   Any matters not resolved at the conference shall be heard by the Court at 1:30 p.m.**

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Seale*
    Deputy Clerk

cc:  COUNSEL