IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-21-97-SLP |
| ) | |
| TOWN OF VALLEY BROOK, et al. ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Supplemental Brief in Support of Their Motion to Compel Defendants to Produce Documents [Doc. No. 75]. Upon review, the Motion is GRANTED.

Plaintiffs may file a supplemental brief, not to exceed five pages, by **Monday, March 20**. Defendants may file a response, which shall not exceed five pages, no later than **Wednesday, March 22**.

IT IS SO ORDERED this 15th day of March, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE