# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIMIESHA HILL, et al, on behalf of themselves And all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) | Case No. CIV-21-97-SLP |
| TOWN OF VALLEY BROOK, et al. | ) ) ) | |
| Defendants. | ) ) | |

### MINUTE SHEET OF PROCEEDINGS
### ☒  CIVIL HEARING  –  ☐  CRIMINAL HEARING

| **Honorable Scott L. Palk, Presiding** | Marcia J. Seale, Deputy Clerk |
|---|---|
| Court Reporter:  Emily Cripe | Date proceedings held: March 23, 2023 @ 1:30 p.m. Time in Court:   30 Minutes |

| Appearance for plaintiff(s):  Arthur Ago, Izabella Babchinetskaya and Jonathan M. Irwin | Appearance for defendant(s): Courtney Jo Davis Powell |
|---|---|

**HEARING CONCLUDED: ☒ Yes;  ☐ No;**

**Type of Hearing held:**
   ☒   Motion Hearing;  ☐   Show Cause/Contempt Hearing;  ☐  *Daubert* Hearing;
      ☐  Pretrial Conference;  ☐ Docket Call;  ☐  Oral Arguments;  ☐  Status Conference;  ☐  Other;

| Hearing held on:  Plaintiffs' Motion to Compel [Doc. No. 50].  The Court hears arguments from Counsel.  Written Order to follow. |
|---|

| ☒  <u>**Motion Hearing**</u>: ☐  Evidentiary hearing - Contested; ☒  Other proceeding - Non-evidentiary; | ☐  <u>**Discovery Hearing**</u>: ☐  Evidentiary hearing - Contested; ☐  Other proceeding - Non-evidentiary; | ☐  <u>**Evidentiary Hearing**</u>: ☐  Evidentiary hearing - Contested; ☐  Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐  <u>**Miscellaneous Hearing**</u>: ☐  Evidentiary hearing - Contested; ☐  Other proceeding - Non-evidentiary; | ☐  <u>**Show Cause Hearing**</u>: ☐  Evidentiary hearing - Contested; ☐  Other proceeding - Non-evidentiary; | ☐  <u>**Telephone conference**</u>: ☐  Evidentiary hearing - Contested; ☐  Other proceeding - Non-evidentiary; |
| ☐  <u>**Informal conference held**</u>: ☐  Evidentiary hearing - Contested; ☐  Other proceeding - Non-evidentiary; | ☐  <u>**Trial Status**</u>: ☐  Evidentiary hearing - Contested; ☐  Other proceeding - Non-evidentiary; | ☐  <u>**Other**</u>: ☐  Evidentiary hearing - Contested; ☐  Other proceeding - Non-evidentiary; |
| ☐  Evidence entered; | ☐  Witness testimony heard; | ☐  Oral arguments  only; |

**Status of Proceedings (Required if one of the above is selected):**

| ☐  Completed by Jury Verdict; | ☐  Jury Selection only, continued; | ☐  Continued from previous month; |
|---|---|---|
| ☐  Jury Selection or Verdict only; | ☐  Directed Verdict; | ☐  Mistrial; |
| ☐  Evidence Entered; | ☐  Guilty; | ☐  Findings from the Bench; |
| ☐  None; | ☒  Written Order to follow; | ☐  Proceedings continued to: |
| ☐  Issue Settled/Resolved; | ☐  Continued proceedings from: | ☒  Court Adjourned; |