IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. CIV-21-97-SLP |
| | ) |
| TOWN OF VALLEY BROOK, et al. | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is Plaintiffs' Motion to Compel Defendants to Produce Documents [Doc. No. 50]. The Court conducted a hearing on the Motion on March 23, 2023. In accordance with the parties' agreement, Defendants are hereby ordered to produce the following:

1. Complete records related to the named Plaintiffs maintained on Valley Book Municipal Court's electronic systems;

2. Recordings or transcriptions of Rule 8 hearings;

3. Electronic documents listing individuals sentenced to probation;

4. Electronic documents listing individuals sentenced to community service;

5. Valley Brook Police Department bond schedule(s);

6. Valley Brook Police Department Policy and Procedure Manuals;

7. Valley Brook Police Department training records;

8. Valley Brook Municipal Court Policy and Procedure Manuals, including handbooks and other training material provided to employees;

9. Native versions of docket sheets;

10. Contracts or agreements between the Town and Defendant Judge Haynes;

11. Information showing the number of Valley Brook Police Officers and their personnel records;

12. Spreadsheets related to citation fine amounts and citation list reports in a readable format;

13. Documents of financial transactions between the Town and the Oklahoma County Detention Center, including payments and invoices; and

14. Unproduced years of citation list reports, police officer summary reports, the Town's financial statements and audit reports, and proposed budgets.

With respect to each of the enumerated requests, Defendants shall:

- Produce all outstanding responsive documents currently stored in electronic form within 15 days of the date of this Order.

- Produce copies of all outstanding responsive documents currently maintained in a paper or hard copy format within 25 days of the date of this Order.

- Confirm in writing if Defendants have no responsive documents in their possession, custody, or control.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Compel Defendants to Produce Documents [Doc. No. 50] is GRANTED, as set forth herein.

IT IS SO ORDERED this 24th day of March, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE