IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KIMIESHA HILL,<br>(2) JASON GARNETT, and<br>(3) KIARA McCORKLE, on behalf of<br>themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>vs.<br><br>(1) TOWN OF VALLEY BROOK,<br>(2) VALLEY BROOK MUNICIPAL COURT,<br>(3) LEWIS NIEMAN, Mayor of Valley Brook,<br>in his official capacity,<br>4) STEPHEN HAYNES, Municipal Judge,<br>in his official and individual capacity,<br>(4) MICHAEL STAMP, Chief of Valley Brook<br>Police Department, in his official capacity, and<br>(5) VALLEY BROOK POLICE<br>DEPARTMENT,<br><br>           Defendants. | Case No. CIV-21-97-SLP |

**DEFENDANTS, TOWN OF VALLEY BROOK AND STEPHEN HAYNES, UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants, Town of Valley Brook (the "Town") and Stephen Haynes ("Haynes") (collectively, the "Defendants"), request that the deadline to produce the electronic files of Rule 8 hearings be extended to Wednesday, April 12, 2023. In support, Defendants state the following.

1.  On March 24, 2023, this Court entered an order compelling all Defendants to produce certain documents (the "Order") (Dkt. No. 81). The Order required production of all electronic files within 15 days.

2. Defendants have produced the following documents: (1) electronic version of docket sheets, (2) electronic daily reports, (3) police policies and procedures manual, (4) CLEET training records, (5) electronic report form 2017 – 2022 showing outstanding fees and costs, (6) electronic report from 2017 – 2022 showing individuals who have paid fees and costs, (7) electronic report showing individuals who received a deferred sentence or given community service, (8) all electronic records regarding the named Plaintiffs, and (9) corrected copies of the Town Citation List previous produced.

3. Defendants also advised Plaintiffs if there were no responsive documents or if such documents only existed in paper format[1].

4. Among the items required to be produced were recordings of Rule 8 hearings. The Rule 8 hearings are recorded by Defendant Haynes on his telephone.

5. On April 10, 2023, Defendant Haynes produced his telephone in the undersigned's office.

6. Defendant Haynes' telephone contains the following recordings:

|    | Date of Hearing | Length |
|----|---|---|
| 1  | 12/28/22 | 4 hours 50 minutes |
| 2  | 12/21/22 | 1 hour 4 minutes |
| 3  | 12/14/22 | 1 hour 11 minutes |
| 4  | 12/7/22  | 1 hour 16 minutes |
| 5  | 11/30/22 | 45 minutes 23 seconds |
| 6  | 11/16/22 | 52 minutes 24 seconds |
| 7  | 11/9/22  | 38 minutes 33 seconds |
| 8  | 11/2/22  | 1 hour 26 minutes |
| 9  | 10/26/22 | 37 minutes 5 seconds |
| 10 | 10/19/22 | 53 minutes 34 seconds |
| 11 | 10/12/22 | 46 minutes 34 seconds |

---

[1] Pursuant to the Order, paper copies are to be produced no later than April 18, 2023.

| 12 | 10/5/22 | 50 minutes 9 seconds |
|----|---------|----------------------|
| 13 | 9/28/22 | 1 hour 19 minutes |
| 14 | 9/21/22 | 1 hour 22 minutes |
| 15 | 9/14/22 | 39 minutes 16 seconds |
| 16 | 8/24/22 | 2 hours 12 minutes |
| 17 | 8/17/22 | 55 minutes 36 seconds |
| 18 | 8/10/22 | 19 minutes 55 seconds |
| 19 | 8/3/22 | 1 hour 31 minutes |
| 20 | 7/27/22 | 1 hour 34 minutes |
| 21 | 7/20/22 | 1 hour 7 minutes |
| 22 | 7/13/22 | 47 minutes 41 seconds |
| 23 | 7/6/22 | 49 minutes 32 seconds, 1 hour 25 minutes |
| 24 | 6/29/22 | 38 minutes 39 seconds |
| 25 | 6/22/22 | 47 minutes 40 seconds |
| 26 | 6/15/22 | 21 minutes 6 seconds |
| 27 | 6/8/22 | 1 hour 15 minutes |
| 28 | 5/18/22 | 32 minutes 58 seconds |
| 29 | 5/11/22 | 4 hours 4 minutes |
| 30 | 5/4/22 | 1 hour 23 minutes |
| 31 | 4/27/22 | 20 minutes 6 seconds |
| 32 | 4/20/22 | 18 minutes 44 seconds, 18 minutes 44 seconds, 57 minutes 4 seconds |
| 33 | 4/1337/22 | 1 hour 48 minutes |
| 34 | 4/6/22 | 36 minutes 28 seconds |
| 35 | 3/23/22 | 26 minutes 51 seconds |
| 36 | 3/16/22 | 40 minutes 59 seconds |
| 37 | 3/2/22 | 42 minutes 39 seconds |
| 38 | 2/16/22 | 24 minutes 51 seconds, 16 minutes 12 seconds |
| 39 | 2/9/22 | 16 minutes 12 seconds |
| 40 | 1/26/22 | 34 minutes 57 seconds |
| 41 | 1/19/22 | 25 minutes 45 seconds |
| 42 | 1/12/22 | 49 minutes 53 seconds |
| 43 | 1/5/22 | 34 minutes 21 seconds |
| 44 | 12/15/21 | 46 minutes 43 seconds |
| 45 | 12/8/21 | 1 hour 27 minutes |
| 46 | 12/1/21 | 1 hour 31 minutes |
| 47 | 11/10/21 | 1 hour 6 minutes |
| 48 | 11/3/21 | 41 minutes 20 seconds |
| 49 | 10/27/21 | 1 hour 31 seconds |
| 50 | 10/20/21 | 1 hour 4 minutes |
| 51 | 10/6/21 | 31 minutes 51 seconds |

| 52 | 9/29/21 | 2 hours 41 minutes |
|----|---------|---------------------|
| 53 | 9/22/21 | 40 minutes 54 seconds |
| 54 | 9/15/21 | 30 minutes 56 seconds |
| 55 | 9/8/21 | 19 minutes 28 seconds |
| 56 | 8/25/21 | 1 hour 35 minutes |
| 57 | 8/18/21 | 28 minutes 39 seconds |
| 58 | 8/11/21 | 1 hour 38 minutes |
| 59 | 7/28/21 | 3 minutes 37 seconds |
| 60 | 7/21/21 | 16 minutes 22 seconds |
| 61 | 7/14/21 | 26 minutes 41 seconds |
| 62 | 7/7/21 | 2 hours 58 minutes |
| 63 | 6/23/21 | 39 minutes 12 seconds |
| 64 | 6/16/21 | 25 minutes 41 seconds |
| 65 | 6/9/21 | 38 minutes 42 seconds |
| 66 | 6/2/21 | 41 minutes 41 seconds |
| 67 | 5/26/21 | 52 minutes 2 seconds |
| 68 | 5/19/21 | 43 minutes 3 seconds |
| 69 | 5/12/21 | 1 minute 57 seconds, 1 minute 18 seconds |
| 70 | 5/8/21 | 1 hour 28 minutes |
| 71 | 4/14/21 | 18 minutes 13 seconds |
| 72 | 3/10/21 | 1 hour 17 minutes |
| 73 | 2/24/21 | 48 minutes 34 seconds |
| 74 | 2/3/21 | 5 minutes 53 seconds |
| 75 | 1/20/21 | 44 minutes 48 seconds |
| 76 | 10/21/20 | 43 minutes 34 seconds |
| 77 | 9/9/20 | 10 minutes 58 seconds |
| 78 | 10/16/19 | 3 minutes 29 seconds |
| 79 | 7/3/19 | 13 minutes 10 seconds |

7. Despite multiple attempts to download the files from the device, the recordings could not be safely transferred.

8. Defendants advised Plaintiffs of this issue late on April 10, 2023.

9. Defendant Haynes is able to deliver his telephone to Plaintiffs' local counsel's office on Tuesday, April 11, 2023, for inspection.

10. Counsel for Defendants have also been working with their digital forensics

team to retrieve the information as soon as possible while ensuring the data is safely transferred. The retrieval process will also begin tomorrow morning. After the files are retrieved, they will be produced to opposing counsel. It is anticipated that retrieval will take 24 – 36 hours.

11. Defendants ask that they be given two additional days, or until Wednesday, April 12, 2023, to produce the recordings of the Rule 8 hearings.

12. Defendants contacted Plaintiffs and were advised that they do not oppose the Motion based on Defendants' representations that the recordings will be produced no later than tomorrow and that the telephone will be made available to Ward & Glass.

13. This request will not impact the deadline to produce additional documents by April 18, 2023.

14. This is the first request to extend this deadline since entry of the Order.

WHEREFORE Defendants request that they be given until Wednesday, April 12, 2023, to produce the Rule 8 recordings.

Respectfully submitted,

s/Courtney D. Powell
Andrew W. Lester, OBA No. 5388
Shannon F. Davies, OBA No. 13565
Courtney D. Powell, OBA No. 19444
Anthony J. Ferate, OBA No. 21171
Spencer Fane LLP
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
alester@spencerfane.com
sdavies@spencerfane.com
cpowell@spencerfane.com

ajferate@spencerfane.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically transmitted a copy of the above document to the following individuals on the 11th day of April, 2023.

| | |
|---|---|
| Woodrow K. Glass | woody@wardglasslaw.com |
| Arthur Ago | aago@lawyerscommittee.org |
| Tianna Mays | tmays@lawyerscommittee.org |
| Jason A. Leckerman | leckermanj@ballardspahr.com |
| Lisa Swaminathan | swaminathanl@ballardspahr.com |
| Izabella Babchinetskaya | babchinetskayal@ballardspahr.com |

      s/Courtney D. Powell

OK 1097114.1