IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al. | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. CIV-21-97-SLP |
| TOWN OF VALLEY BROOK, et al. | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Unopposed Motion for Extension of Time [Doc. No. 83] filed by Defendants Town of Valley Brook and Stephen Haynes (collectively, "Defendants"). Upon review, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendants shall produce recordings of the Rule 8 proceedings no later than Wednesday, April 12, 2023.

IT IS FURTHER ORDERED that Defendants shall produce the relevant telephone for inspection at the offices of Ward & Glass.

IT IS SO ORDERED this 11th day of April, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE