**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 5:21-cv-00097-SLP ) |
| TOWN OF VALLEY BROOK, et al., | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF SUBPOENAS**

TO ALL PARTIES AND COUNSEL OF RECORD, pursuant to Federal Rule of Civil Procedure 45(a)(4) and Local Civil Rule 45.1(a), Plaintiffs Kimiesha Hill, Jason Garnett, and Kiara McCorkle ("Plaintiffs") hereby give notice that they will serve the attached third-party subpoenas marked as Exhibits 1 and 2 requesting the production of documents on the following entities if no objection has been filed with the Court by April 28, 2023.

Oklahoma County Jail
201 N. Shartel Ave.
Oklahoma City, OK 73102

Pottawatomie County Public Safety Center
14209 Highway 177
Shawnee, OK 74804

Dated:  April 21, 2023                          _/s/ Jonathan M. Irwin_
                                                Woodrow K. Glass (OBA #15690)
                                                Jonathan M. Irwin
                                                Ward & Glass
                                                1601 36th Ave NW
                                                Norman, OK 73072
                                                405.253.4031 DIRECT
                                                405.360.7902 FAX
                                                woody@wardglasslaw.com
                                                jonathan@wardglasslaw.com

                                                Jason A. Leckerman
                                                Lisa Swaminathan
                                                Izabella Babchinetskaya
                                                Ballard Spahr LLP
                                                1735 Market St. 51st Floor,
                                                Philadelphia, PA 19103
                                                215.864.8266 DIRECT
                                                215.864.8999 FAX
                                                LeckermanJ@ballardspahr.com
                                                SwaminathanL@ballardspahr.com
                                                BabchinetskayaI@ballardspahr.com
                                                _Admitted pro hac vice_

                                                Arthur Ago
                                                Tianna Mays
                                                Lawyers' Committee for Civil Rights
                                                Under Law
                                                1500 K Street NW, Suite 900
                                                Washington, DC 20005
                                                202-662-8600 DIRECT
                                                202-783-0857 FAX
                                                aago@lawyerscommittee.org
                                                tmays@lawyerscommittee.org

                                                _Counsel for Plaintiffs_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of April, 2023, I caused a true and correct copy of

the foregoing Notice of Subpoenas to be served via email upon counsel of record.


<u>  /s/ Jonathan M. Irwin      </u>
Jonathan M. Irwin