Exhibit 1

**Babchinetskaya, Izabella (Phila)**

| | |
|---|---|
| **From:** | Powell, Courtney <cpowell@spencerfane.com> |
| **Sent:** | Wednesday, May 3, 2023 9:05 AM |
| **To:** | Tianna Mays; Babchinetskaya, Izabella (Phila) |
| **Cc:** | Jonathan Irwin; Woody Glass; Leckerman, Jason (Phila); Watson, Travis W. (Phila); Warren, Catherine J. (Denver); Ferate, AJ; Lester, Andy; Swaminathan, Lisa B. (Phila); Arthur Ago; Annie Guilyard; Yip, Simon (Phila); Davies, Shannon; Nunu Luo; Lanon, Lori |
| **Subject:** | Re: Hill - Rule 8 Recordings |

⚠ **EXTERNAL**
Thank you - Courtney

Courtney Powell
(Sent from iPhone)

Get Outlook for iOS

---

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Wednesday, May 3, 2023 7:54:23 AM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** [EXTERNAL] Re: Hill - Rule 8 Recordings

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Courtney,

Yes, the imaging is still scheduled for today at 10am CST.

Best,
Tianna

Get Outlook for iOS

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Wednesday, May 3, 2023 7:56:58 AM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon

<sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** Re: Hill - Rule 8 Recordings

Good morning - is the imaging still scheduled for today? Thank you! Courtney

Courtney Powell
(Sent from iPhone)

Get Outlook for iOS

---

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Monday, May 1, 2023 8:01:13 AM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** [EXTERNAL] Re: Hill - Rule 8 Recordings

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Courtney,

Phone imaging is schedule for Wednesday, May 3rd at 10am at Ward & Glass. Apologies for any confusion.

Best,
Tianna

Get Outlook for iOS

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Monday, May 1, 2023 8:15:31 AM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** Re: Hill - Rule 8 Recordings

Tianna - Is the imaging still scheduled for this morning at 10:00? Thank you, Courtney

Courtney Powell
(Sent from iPhone)

Get Outlook for iOS

---

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Wednesday, April 26, 2023 5:03:02 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** [EXTERNAL] RE: Hill - Rule 8 Recordings

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Courtney,

Understood. We are contacting him to schedule the phone imaging at Ward & Glass for Monday, May 1, 2023, at 10am CST.

Best,
Tianna

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Wednesday, April 26, 2023 5:56 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** RE: Hill - Rule 8 Recordings

Tianna,

No problem – the imaging of the telephone (his device) is what we are referring to. We want to be present when the device is imaged/produced.

Thanks,
Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Wednesday, April 26, 2023 4:50 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren

<warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** [EXTERNAL] RE: Hill - Rule 8 Recordings

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Courtney,

Please clarify what you mean by production of the information/device.

Best,
Tianna

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Wednesday, April 26, 2023 5:40 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** RE: Hill - Rule 8 Recordings

Tianna,

You are correct that we are not representing Judge Haynes in his individual capacity. We ask that you include us in discussions regarding the production of the information/device.

Thanks, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Wednesday, April 26, 2023 12:09 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** [EXTERNAL] RE: Hill - Rule 8 Recordings

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Courtney,

Given your representations that you do not represent Judge Haynes related to the phone imaging and because Judge Haynes stated you are no longer his counsel, we plan to contact him regarding the logistics for the phone imaging.

Best,
Tianna

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Tuesday, April 25, 2023 6:29 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>
**Subject:** RE: Hill - Rule 8 Recordings

Tianna –

Thank you for letting us know. We continue to represent the Town and the claims against the individuals in their official capacities, including the contract office held by Defendant Haynes.

With regard to the request for the cell phone, the Town is not in possession, custody, or control of the cell phone at issue. We have attempted in good faith to coordinate the production of the cell phone but were unable to confirm production of the cell phone for tomorrow. It is our understanding that Defendant Haynes will be selecting new counsel with regard to this issue. At this time, we believe alternative steps may be necessary to facilitate the production.

Please let us know if you have additional questions/concerns.

Thanks, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

_____

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Tuesday, April 25, 2023 5:12 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon

<YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>
**Subject:** [EXTERNAL] RE: Hill - Rule 8 Recordings

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Courtney,

Jonathan received a call approximately an hour ago from Judge Haynes stating that you no longer represent him and asking about information for the phone imaging. Per the Rules of Professional Conduct, to provide Judge Haynes with any information directly, we need you to confirm whether or not you represent him. Please confirm 1) if you currently represent Judge Haynes, 2) the status of your representation of other defendants, and 3) if any defendants, including Judge Haynes, have either retained different counsel or if they are proceeding *pro se*.

As you know, we need to image the judge's phone and time is of the essence. Please provide this information as soon as possible.

Best,
Tianna

**Tianna J. Mays**
Associate Director, Criminal Justice Project
Lawyers' Committee for Civil Rights Under Law
1500 K Street, Suite 900
Washington, D.C. 20005
(202) 662-8383
tmays@lawyerscommittee.org
https://link.edgepilot.com/s/60167f94/V9JnwXZ9gk_iGw_5ywECLg?u=http://www.lawyerscommittee.org/

**From:** Tianna Mays
**Sent:** Tuesday, April 25, 2023 12:34 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>
**Subject:** RE: Hill - Rule 8 Recordings

Courtney,

Judge Haynes was ordered to surrender the device to Ward & Glass two weeks ago. He objected to leaving his phone with Ward & Glass and to having it imaged in his absence and we delayed the production and imaging of the device due to his concerns. You agreed to produce the phone once we provided you with our vendor's availability. We provided you with this information last week and requested confirmation of the phone delivery and the amount of GB on the phone to provide you with a time estimate for the imaging. We've once again accommodated the defense and, less than 24 hours before our vendor is scheduled to image the phone, we've run into yet another problem with your inability to reach your client.

As stated below, when we agreed to accommodate Judge Haynes' request to be present when we imaged the phone, he could not delay the imaging process. We expect the phone to arrive at Ward & Glass tomorrow for imaging by 10am CST. If not, we will discuss all options including contacting the Court.

Please confirm that your client will attend the 10am appointment with the vendor, provide the protocol, and provide the GBs on the phone.

Best,
Tianna

**Tianna J. Mays**
Associate Director, Criminal Justice Project
Lawyers' Committee for Civil Rights Under Law
1500 K Street, Suite 900
Washington, D.C. 20005
(202) 662-8383
tmays@lawyerscommittee.org
https://link.edgepilot.com/s/60167f94/V9JnwXZ9gk_jGw_5ywECLg?u=http://www.lawyerscommittee.org/

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Monday, April 24, 2023 10:07 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>
**Subject:** RE: Hill - Rule 8 Recordings

Tianna –

We were unable to connect with our client regarding Wednesday. We are following up and will touch base with you in the morning. We apologize for the delay.

Thank you, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

_____

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Powell, Courtney
**Sent:** Friday, April 21, 2023 4:54 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>
**Subject:** RE: Hill - Rule 8 Recordings

Tianna –

I have been sick and out of the office most of this week. I will have confirmation and a proposed protocol to you on Monday.

Thank you,
Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

---

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Thursday, April 20, 2023 2:40 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <Babchinetskayal@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>
**Subject:** [EXTERNAL] RE: Hill - Rule 8 Recordings

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Courtney,

We've secured a vendor for the phone imaging. The vendor is available next Wednesday, April 26th at 10am at Ward and Glass. Additionally, the vendor needs to know the amount of GB used on the phone to provide a detailed estimate of time to image.

Please confirm that Judge Haynes will provide the phone for imaging next week on April 26th at 10am and provide the information about the GB usage as soon as possible.

Best,
Tianna

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Friday, April 14, 2023 4:13 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Isabelle Babchinetskaya <Babchinetskayal@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>
**Subject:** RE: Hill - Rule 8 Recordings

Tianna –

We have counseled on not removing/deleting items from the telephone. It is not our intent to delay the imaging process. At the time the production was made, it was in connection with the recordings only and has since expanded in scope. As indicated yesterday, we are willing to produce the telephone for your vendor to image but must also balance other concerns.

If you will let us know when you vendor is available, we, along with Judge Haynes, will deliver to the telephone to you for imaging.

Thank you, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

_____

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Friday, April 14, 2023 12:51 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@spencerfane.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>
**Subject:** [EXTERNAL] RE: Hill - Rule 8 Recordings

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Courtney,

Yesterday, both parties agreed to the phone being left at Ward & Glass because of the numerous issues we've encountered with receiving discovery from your clients in this case. We consented to your motion for extension on Tuesday with the understanding that the phone would be dropped off at Ward & Glass by Wednesday. It is Friday.

We are in the process of securing a contract with a vendor and as agreed, will notify you every step of the way during the imaging process. We will accommodate Judge Haynes' request to be present when we image the phone, but he needs to understand that he should not delete any items on the device and understand that we plan to image the entire phone and walk through a protocol. He also cannot delay the imaging process.

Best,
Tianna

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Friday, April 14, 2023 9:28 AM
**To:** Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ

<[AJFerate@spencerfane.com](mailto:AJFerate@spencerfane.com)>; Holkum, Laura <[lholkum@spencerfane.com](mailto:lholkum@spencerfane.com)>; Lester, Andy <[alester@spencerfane.com](mailto:alester@spencerfane.com)>;
Lisa Swaminathan <[SwaminathanL@ballardspahr.com](mailto:SwaminathanL@ballardspahr.com)>; Arthur Ago <[aago@lawyerscommittee.org](mailto:aago@lawyerscommittee.org)>; Annie Guilyard
<[aguilyard@lawyerscommittee.org](mailto:aguilyard@lawyerscommittee.org)>; Yip, Simon <[YipY@ballardspahr.com](mailto:YipY@ballardspahr.com)>; Davies, Shannon
<[sdavies@spencerfane.com](mailto:sdavies@spencerfane.com)>
**Subject:** RE: Hill - Rule 8 Recordings

Judge Haynes has significant concerns about leaving his device that contains client information
outside of possession. Would it be possible to arrange a time with your vendor so that Judge Haynes
could remain in the room while the extraction occurred? We are trying to balance your request with
ensuring that privileged information unrelated to this case is protected.

If you have other suggestions on how the extraction could occur, please let us know.

Thanks, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

_____

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
[cpowell@spencerfane.com](mailto:cpowell@spencerfane.com) | [spencerfane.com](http://spencerfane.com)

---

**From:** Babchinetskaya, Izabella <[BabchinetskayaI@ballardspahr.com](mailto:BabchinetskayaI@ballardspahr.com)>
**Sent:** Wednesday, April 12, 2023 11:58 AM
**To:** Powell, Courtney <[cpowell@spencerfane.com](mailto:cpowell@spencerfane.com)>
**Cc:** Tianna Mays <[tmays@lawyerscommittee.org](mailto:tmays@lawyerscommittee.org)>; Jonathan Irwin <[jonathan@wardglasslaw.com](mailto:jonathan@wardglasslaw.com)>; Woody Glass
<[woody@wardglasslaw.com](mailto:woody@wardglasslaw.com)>; Leckerman, Jason <[LeckermanJ@ballardspahr.com](mailto:LeckermanJ@ballardspahr.com)>; Watson, Travis W.
<[watsontw@ballardspahr.com](mailto:watsontw@ballardspahr.com)>; Warren, Catherine J. <[warrenc@ballardspahr.com](mailto:warrenc@ballardspahr.com)>; Ferate, AJ
<[AJFerate@spencerfane.com](mailto:AJFerate@spencerfane.com)>; Holkum, Laura <[lholkum@spencerfane.com](mailto:lholkum@spencerfane.com)>; Lester, Andy <[alester@spencerfane.com](mailto:alester@spencerfane.com)>;
Swaminathan, Lisa B. <[SwaminathanL@ballardspahr.com](mailto:SwaminathanL@ballardspahr.com)>; Arthur Ago <[aago@lawyerscommittee.org](mailto:aago@lawyerscommittee.org)>; Annie Guilyard
<[aguilyard@lawyerscommittee.org](mailto:aguilyard@lawyerscommittee.org)>; Yip, Simon <[YipY@ballardspahr.com](mailto:YipY@ballardspahr.com)>; Davies, Shannon
<[sdavies@spencerfane.com](mailto:sdavies@spencerfane.com)>
**Subject:** [EXTERNAL] RE: Hill - Rule 8 Recordings

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is
trusted.**

---

Does 11 EST work for a call?

---

**From:** Powell, Courtney <[cpowell@spencerfane.com](mailto:cpowell@spencerfane.com)>
**Sent:** Wednesday, April 12, 2023 12:29 PM
**To:** Babchinetskaya, Izabella (Phila) <[BabchinetskayaI@ballardspahr.com](mailto:BabchinetskayaI@ballardspahr.com)>
**Cc:** Tianna Mays <[tmays@lawyerscommittee.org](mailto:tmays@lawyerscommittee.org)>; Jonathan Irwin <[jonathan@wardglasslaw.com](mailto:jonathan@wardglasslaw.com)>; Woody Glass
<[woody@wardglasslaw.com](mailto:woody@wardglasslaw.com)>; Leckerman, Jason (Phila) <[LeckermanJ@ballardspahr.com](mailto:LeckermanJ@ballardspahr.com)>; Watson, Travis W. (Phila)
<[watsontw@ballardspahr.com](mailto:watsontw@ballardspahr.com)>; Warren, Catherine J. (Denver) <[warrenc@ballardspahr.com](mailto:warrenc@ballardspahr.com)>; Ferate, AJ
<[AJFerate@spencerfane.com](mailto:AJFerate@spencerfane.com)>; Holkum, Laura <[lholkum@spencerfane.com](mailto:lholkum@spencerfane.com)>; Lester, Andy <[alester@spencerfane.com](mailto:alester@spencerfane.com)>;
Swaminathan, Lisa B. (Phila) <[SwaminathanL@ballardspahr.com](mailto:SwaminathanL@ballardspahr.com)>; Arthur Ago <[aago@lawyerscommittee.org](mailto:aago@lawyerscommittee.org)>; Annie
Guilyard <[aguilyard@lawyerscommittee.org](mailto:aguilyard@lawyerscommittee.org)>; Yip, Simon (Phila) <[YipY@ballardspahr.com](mailto:YipY@ballardspahr.com)>; Davies, Shannon

<sdavies@spencerfane.com>
**Subject:** RE: Hill - Rule 8 Recordings

 **EXTERNAL**

Izabella –

Thank you for clarifying. I think it would be a good idea to connect on this issue to discuss arrangements/scope. Would you have time tomorrow morning? I have to catch a flight this afternoon.

Thanks, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Wednesday, April 12, 2023 9:18 AM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>; Davies, Shannon <sdavies@spencerfane.com>
**Subject:** [EXTERNAL] RE: Hill - Rule 8 Recordings

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Courtney –

We do not plan to transfer the device to Philadelphia, but we need to image the cell phone so we have access to metadata related to the recordings, including any alterations or deletions.  We are available to meet and confer if you would like to discuss.

Thanks,
Izabella

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Tuesday, April 11, 2023 10:18 PM
**To:** Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Watson, Travis W. (Phila) <watsontw@ballardspahr.com>; Warren, Catherine J. (Denver) <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon (Phila) <YipY@ballardspahr.com>; Davies, Shannon

<sdavies@spencerfane.com>
**Subject:** Hill - Rule 8 Recordings

⚠ **EXTERNAL**

Izabella –

Below please see the link containing the recordings of the Rule 8 hearings. Please let us know if you have any questions or problems with the file.

We wanted to follow up regarding Judge Haynes' telephone. The production of the telephone was to comply with the request for the Rule 8 recordings. We are willing to produce the telephone for that purpose. However, based on your last email, it appears that you are requesting we tender Judge Haynes' telephone to Ward & Glass so that it may be transferred to your office in Philadelphia. Is this correct? If so, we have significant concerns and objections. Any inspection of the telephone would need to occur in the presence of one of our attorneys in Oklahoma and should be limited to review of the Rule 8 hearings. In addition, the device contains information related to Judge Haynes' other clients and is not relevant to the issues in this case. We also believe that the device contains information and communications protected by the attorney-privilege with regard to the issues in this case. This privilege has not been waived.

Could you provide us with more information regarding your request to have the phone left at Ward & Glass? If your request is just for inspection, we can arrange for that to occur as early as tomorrow.

Please let us know.

Thanks,
Courtney

The production can be located here: [20230411 VB Production](#)

**Production Details:**

**Bates Range:** VB014676 - VB014760
**Native Files:** 85
**Placeholders:** 85
**File Size:** 5.2 GB
**Load File:** .dat (metadata fields below)
Begin Bates
End Bates
Date Created (includes time)
Custodian
Filename
File Extension

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Tuesday, April 11, 2023 4:07 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Reimbursement Request Status-Follow up & Discovery Issues

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Courtney –

We plan to keep the phone, as we're not in Oklahoma.  We are working on logistics and will provide an update once we have one.  In the meantime, someone at Ward & Glass will be available to accept the phone.

Thanks,
Izabella

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Tuesday, April 11, 2023 12:32 PM
**To:** Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Watson, Travis W. (Phila) <watsontw@ballardspahr.com>; Warren, Catherine J. (Denver) <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon (Phila) <YipY@ballardspahr.com>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

⚠ **EXTERNAL**
Izabella –

Thank you.

Will you be keeping the phone or inspecting/comparing at that time? I'm asking so I can let the client know and plan accordingly.

Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP



9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Tuesday, April 11, 2023 11:14 AM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Reimbursement Request Status-Follow up & Discovery Issues

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Courtney,

We do not oppose the Motion based on your representation that the recordings will be produced no later than tomorrow and the phone will be made available to Ward & Glass.  Please let us know when you plan to deliver the phone.

Thanks,
Izabella

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Tuesday, April 11, 2023 11:39 AM
**To:** Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Watson, Travis W. (Phila) <watsontw@ballardspahr.com>; Warren, Catherine J. (Denver) <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon (Phila) <YipY@ballardspahr.com>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

⚠ **EXTERNAL**

Izabella –

By way of an update, the recordings have been retrieved by ModeOne and should be available today.

Do you have an objection to our motion? I would like to refile it and note your position either way.

Thanks, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP



9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Powell, Courtney
**Sent:** Monday, April 10, 2023 10:09 PM
**To:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

Counsel:

Please see the attached correspondence as well as the ShareFile link below. Please contact us if you have any questions.

https://link.edgepilot.com/s/d5512d8e/pOqfUfqZ1kaIZZwGTEJakQ?u=https://spencerfane.sharefile.com/d-s78ac249860744f528f78542ff417db50

Thank you,
Courtney
**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Powell, Courtney
**Sent:** Friday, April 7, 2023 8:54 AM
**To:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

The ShareFile link is below. Please let us know if you have any issues opening. This is not the complete production but what we have now. The final production will come on Monday.

https://link.edgepilot.com/s/d1f2ef40/6W0QEdDS-kCAdfg-YTNGRw?u=https://spencerfane.sharefile.com/d-sf254a266aa3443d1893fb541043f9470

Thank you,
Courtney
**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Tuesday, April 4, 2023 7:19 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Yip, Simon <YipY@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Reimbursement Request Status-Follow up & Discovery Issues

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Courtney,

A sharefile link is fine.  Please make sure to include Simon Yip on any productions.

Thank you,
Izabella

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Tuesday, April 4, 2023 5:51 PM
**To:** Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Watson, Travis W. (Phila) <watsontw@ballardspahr.com>; Warren, Catherine J. (Denver) <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

⚠ **EXTERNAL**
Izabella,

Attached are the following: (1) verification for Stamp, (2) verification for Nieman, and (3) Amended Responses for Stamp.

With regard to the interrogatories, we will have verifications and any amended responses to you by April 18.

We anticipate beginning production of the electronic documents tomorrow. Are you agreeable to production by Share File, similar to how we sent ticket jackets over?

Thank you,
Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Monday, April 3, 2023 12:34 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>
**Subject:** [EXTERNAL] RE: Reimbursement Request Status-Follow up & Discovery Issues

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Courtney,

Thank you for providing amended responses to Defendant Haynes' admissions.  Do you plan to amend responses for the remaining defendants as well?

We are also still waiting on amended interrogatory response and verifications.  Please let us know when we will receive them.

Thank you,
Izabella

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Thursday, March 30, 2023 5:53 PM
**To:** Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Watson, Travis W. (Phila) <watsontw@ballardspahr.com>; Warren, Catherine J. (Denver) <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

⚠ **EXTERNAL**
Izabella,

Attached please find Judge Haynes' verification and amended responses to requests for production. We will provide the remaining verifications to you by end of the day on Tuesday, April 4.

With regard to the transcript,  do you want a pdf of the document I provided? If so, it is attached. It is my understanding that we only received a hard copy.

Thank you, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

_____

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Wednesday, March 29, 2023 6:20 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>
**Subject:** [EXTERNAL] RE: Reimbursement Request Status-Follow up & Discovery Issues

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Courtney,

Before last week's hearing, you indicated that you would provide us with an update on the interrogatory verifications as well as supplemented responses.  We have not received any additional verifications or supplements addressing the issues we raised in our deficiency letter.  Please let us know when we can expect this information.

In addition, at the hearing, you handed us a printed transcript of a Rule 8 Hearing.  Please provide us with an electronic version.

Thank you,
Izabella

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Tuesday, March 14, 2023 5:24 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Watson, Travis W. (Phila) <watsontw@ballardspahr.com>; Warren, Catherine J. (Denver) <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

⚠ **EXTERNAL**
I'm sorry – I'm not sure what happened.

https://link.edgepilot.com/s/1163a7a7/u_YPSwJ9hkaBKb8CL9R4rQ?u=https://spencerfane.sharefile.com/d-sbf0f9fc99bd04518920c01a51f9aaaa9

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Tuesday, March 14, 2023 3:47 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@spencerfane.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>
**Subject:** [EXTERNAL] RE: Reimbursement Request Status-Follow up & Discovery Issues

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Hi Courtney,

I don't see the ShareFile link. Could you please resend?

Thanks,
Tianna

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Tuesday, March 14, 2023 4:32 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@spencerfane.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

Below is the link to the ShareFile containing the copies of Plaintiffs' ticket jackets.

Thanks, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Monday, March 13, 2023 3:39 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>
**Subject:** [EXTERNAL] RE: Reimbursement Request Status-Follow up & Discovery Issues

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Courtney,

Thank you for your email. Our team met and had additional matters to address regarding the outstanding discovery, InstaScript payment, and recent discovery submissions.

First, you stated that there are "no hard copies of previous policies nor is the VB Police Department able to access prior versions of the policies and procedures." Please confirm that the only document maintained of any former or current policies from the VB Police Department is the document previously provided.

Second, you stated VB Municipal Court does not have an Excel document maintained in Icon, rather it is a continuous spreadsheet kept in Excel with changes made every court date. Please confirm or verify 1) that only one version of this document exists, 2) the court/hearing dates/years contained in this document, and 3) if any copies or pdfs of this spreadsheet are maintained by the Defendants.

Third, after further review of the 2021 ticket jackets, very few of the ticket jackets produced are responsive to our request. Out of 153 ticket jackets, less than 30 ticket jackets address any municipal charges. Most of the ticket jackets are state charges for 2021 and 2020 which are beyond the scope of this litigation. Please provide the municipal ticket jackets for 2021. You previously stated that 2021 had less records because of COVID; however, your records appear to show that in 2021,Valley Brook had no sole municipal court cases for the entire year. This is highly improbable.

Fourth, you provided a pdf attachment on Friday with duplicate bates numbers. Please provide us with an additional copy of the document with the bates number beginning at 5717. The last production received ended at 5716. Please let me know if your records differ.

Fifth, regarding our request, we will contact InstaScript for the payment regarding the missed deposition. Once we receive that information, we will forward it to you.

Last, we plan to file a Motion for Leave to file a supplement to our Motion to Compel prior to the oral argument on next Thursday. Please provide us with Defendants' position on our Motion for Leave by tomorrow at 12pm.

Best,

**Tianna J. Mays**
Associate Director, Criminal Justice Project
Lawyers' Committee for Civil Rights Under Law
1500 K Street, Suite 900
Washington, D.C. 20005
(202) 662-8383
tmays@lawyerscommittee.org
https://link.edgepilot.com/s/1870bed2/F_XBnRnRWUiLvM5L0FS74g?u=http://www.lawyerscommittee.org/

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Friday, March 10, 2023 7:47 PM
**To:** Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Jason Leckerman <leckermanj@ballardspahr.com>; Travis Watson <watsontw@ballardspahr.com>; Catherine Warren <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

[EXTERNAL EMAIL] This email originated outside the organization. Do not click any links or open any attachments unless you can verify the legitimacy.

All –

We are writing in response to your March 7 e-mail. As an initial matter, we sent (and you confirmed receipt of) documents labeled VB 5692 – 5716. In addition, we are attaching documents labeled VB 5356-5473.

Regarding the police policies and procedures, the document we sent to you is the only document maintained by the VB Police Department. There are no hard copies of previous policies nor is the VB Police Department able to access prior versions of the policies and procedures. The policies and procedures are modified electronically through a service called Lexipol, LLC.

With regard to the ticket jackets, we have inquired and have not located any additional ticket jackets for the years in question. We are mindful of your concern and will produce any additional ticket jackets that are located for the years in question.

As mentioned previously, we have produced the hard copies, with notes, of all the court dockets for the years in question. We spoke with Ms. Herrera regarding the Excel document. She stated that the document was not maintained in Icon but is a true spreadsheet. The Town/Court Clerk's office keeps a running version in Excel that they change out every court date. The spreadsheet does not go back to 2017, but this is the only version that exists.

We have not located the original ticket jackets for the named Plaintiffs. However, we were advised that a copy of their ticket jackets does exist. We have requested that the documents be sent to us by today, but we may not receive them until Monday.

While we disagree with your characterization of the events related to the January 11, we have considered your request to be reimbursed. As stated in our previous correspondence, we contacted your office as soon as we learned about the conflict in an attempt to resolve the issue before additional costs were incurred. To this end, we will agree to pay $508 to resolve this issue. We believe this is reasonable when all circumstances are considered. Please advise where and to whom payment should be remitted.

We will be sending an update as to the remaining document/item requests next week.

Have a great weekend –

Courtney

**Courtney Powell**   Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Thursday, March 9, 2023 8:51 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>
**Subject:** [EXTERNAL] RE: Reimbursement Request Status-Follow up & Discovery Issues

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Thank you, Courtney.  This version is legible.

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Thursday, March 9, 2023 12:01 PM
**To:** Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Watson, Travis W. (Phila) <watsontw@ballardspahr.com>; Warren, Catherine J. (Denver) <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

⚠ **EXTERNAL**

Izabella –

I have attached to this email documents 5692-5716. If there are still problems with the documents, please let me know.

Thanks,
Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

_____

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Powell, Courtney
**Sent:** Tuesday, March 7, 2023 8:23 PM
**To:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W.

<watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>
**Subject:** RE: Reimbursement Request Status-Follow up & Discovery Issues

Izabella –

We will have an answer to you by end of business on March 10.

All ticket jacket boxes have been produced to you/iDoxs in the same manner that they were provided to our office. We have made inquiries regarding Plaintiff ticket jackets (prior to today's e-mail) but they have not yet been located.

With regard to the discrepancy in the amount of ticket jackets, we have not withheld any documentation from you. We have relayed to you the reasoning for the decrease in ticket jackets. We have again followed up our client, and if we learn any additional information, we will forward the same to you. With regard to the court dockets, you are in possession (in PDF format) of the court dockets that were printed for the years 2017 – 2021 containing notations about what occurred during the court proceedings.

With regard to the remainder of the items in your e-mail, we will resend the documents in full. We were unaware that there was an error in transmission. If there were different policies in place for the relevant years, we will produce the same.

Thanks,
Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Tuesday, March 7, 2023 9:11 AM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Leckerman, Jason <LeckermanJ@ballardspahr.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>
**Subject:** [EXTERNAL] RE: Reimbursement Request Status-Follow up & Discovery Issues

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Courtney,

I am emailing to address discovery concerns.  First, you indicated that Defendants would provide a response regarding Plaintiffs' reimbursement request by March 2, 2023.  We have not yet received Defendants' response.  Indeed, we have now been waiting on a response for over a month.  If we do not receive a response by March 10, we will proceed with a Motion for Sanctions.

Second, we received all ticket jackets for 2020.  Our clients' information should have been included in the 2020 boxes.  The 2020 boxes, however, did not include our clients' ticket jackets.  Please provide us with their ticket jackets immediately, as well as an explanation as to why they were not included in the 2020 boxes.

Third, as we previously mentioned, Defendants produced significantly fewer ticket jackets for 2021 than for other years.  Idoxs recently told us that there are about 153 ticket jackets for the entire year.  When we initially raised this concern, you indicated that there are fewer ticket jackets in 2020 and 2021 due to COVID.   However, the docket sheets, collections spreadsheet, and officer summary that Defendants produced indicate that well over 153 people appeared in Valley Brook Municipal Court in 2021.  Significantly, as a comparison, we received 1,253 ticket jackets for 2020.  Please provide an explanation as to where those ticket jackets are located.  Also, at her deposition, Ms. Herrera testified that the court maintains Excel version of docket sheets, which are printed from the Icon system.  These are documents that are maintained electronically and should have already been produced.  Therefore, please produce these documents by March 10 for years 2017 – present.  In particular, Excel versions of the 2021 docket sheets will allow us to confirm the number of municipal defendants for 2021.

Fourth, Defendants uploaded two documents on February 24.  Upon an initial review, VB 5692 is a blank 25-page document—it only has a confidential stamp on each page.  Please reproduce VB 5692 in a legible format.  VB 5356 appears to be certain police department policies dated October 2022.  Please provide the policies requested in our June 23, 2022 RFPs, which include policies from 2017 – present by March 10.

Thank you,
Izabella

---

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Tuesday, February 21, 2023 10:36 AM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Babchinetskaya, Izabella (Phila) <BabchinetskayaI@ballardspahr.com>; Leckerman, Jason (Phila) <LeckermanJ@ballardspahr.com>; Watson, Travis W. (Phila) <watsontw@ballardspahr.com>; Warren, Catherine J. (Denver) <warrenc@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. (Phila) <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>
**Subject:** Reimbursement Request Status-Follow up

⚠ **EXTERNAL**
Courtney,

Emailing to follow up about the status of our reimbursement request from our January 2023 letter. As you may recall, last week, Justin Nelson testified that he was never informed of a deposition in the month of January including January 10, January 11, or January 12. He further testified that the first he ever spoke with you about a deposition was last Tuesday. This is despite the court reporter and Plaintiffs' counsel waiting for his arrival on January 11th based on your representations that he was enroute to the deposition.

You previously indicated that you would have an answer to our request by last Tuesday. Please let us know the status of our request as soon as possible.

Best,

**Tianna J. Mays**
Associate Director, Criminal Justice Project
Lawyers' Committee for Civil Rights Under Law
1500 K Street, Suite 900
Washington, D.C. 20005
(202) 662-8383
tmays@lawyerscommittee.org
https://link.edgepilot.com/s/c8f1743d/ggRU66_ttkidt63mI1Siyg?u=http://www.lawyerscommittee.org/

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.