Exhibit 6

**Babchinetskaya, Izabella (Phila)**

| | |
|---|---|
| **From:** | Powell, Courtney <cpowell@spencerfane.com> |
| **Sent:** | Friday, February 10, 2023 11:27 PM |
| **To:** | Tianna Mays |
| **Cc:** | Arthur Ago; Swaminathan, Lisa B. (Phila); Jonathan Irwin; Woody Glass; Hatza, Nikki (Phila); Ben Aiken; Watson, Travis W. (Phila); Babchinetskaya, Izabella (Phila); Lester, Andy; Ferate, AJ; Holkum, Laura; Leckerman, Jason (Phila) |
| **Subject:** | RE: Hill v. Town of Valley Brook |
| **Attachments:** | Veerificaation for Town's response to REquest for admissions-c.pdf |

⚠ **EXTERNAL**

Tianna - Attached is the Town's verification. Contrary to what I was told, I have not received Judge Haynes' verification but was told I would have it early next week.

With regard to the Town's response to Interrogatory No. 11, the City is not aware of any written policy or custom regarding the recording of Rule 8 proceedings.

Thanks, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Friday, February 10, 2023 5:21 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Arthur Ago <aago@lawyerscommittee.org>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Nikki Hatza <hatzan@ballardspahr.com>; Ben Aiken <baiken@lawyerscommittee.org>; Travis Watson <watsontw@ballardspahr.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Jason Leckerman <leckermanj@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Hill v. Town of Valley Brook

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Hi Courtney,

We are rescheduling for Tuesday, February 14, 2023, at 9:30am CST. Mr. Nelson will appear in person at Jonathan's office. You should receive information from InstaScript shortly.

Best,
Tianna

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Friday, February 10, 2023 5:53 PM

**To:** Tianna Mays <tmays@lawyerscommittee.org>
**Cc:** Arthur Ago <aago@lawyerscommittee.org>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Nikki Hatza <hatzan@ballardspahr.com>; Ben Aiken <baiken@lawyerscommittee.org>; Travis Watson <watsontw@ballardspahr.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Jason Leckerman <leckermanj@ballardspahr.com>
**Subject:** RE: Hill v. Town of Valley Brook

Thanks – I appreciate it.

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Friday, February 10, 2023 4:47 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Arthur Ago <aago@lawyerscommittee.org>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Nikki Hatza <hatzan@ballardspahr.com>; Ben Aiken <baiken@lawyerscommittee.org>; Travis Watson <watsontw@ballardspahr.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Jason Leckerman <leckermanj@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Hill v. Town of Valley Brook

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Thank you for your flexibility. Working with the team to confirm Monday or Tuesday. Will let you know as soon as possible.

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Friday, February 10, 2023 5:37 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>
**Cc:** Arthur Ago <aago@lawyerscommittee.org>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Nikki Hatza <hatzan@ballardspahr.com>; Ben Aiken <baiken@lawyerscommittee.org>; Travis Watson <watsontw@ballardspahr.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Jason Leckerman <leckermanj@ballardspahr.com>
**Subject:** RE: Hill v. Town of Valley Brook

Tuesday is better for me, but I can make Monday work if needed (someone else from the office would need to cover the afternoon). Thanks, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Friday, February 10, 2023 4:34 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Arthur Ago <aago@lawyerscommittee.org>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Nikki Hatza <hatzan@ballardspahr.com>; Ben Aiken <baiken@lawyerscommittee.org>; Travis Watson <watsontw@ballardspahr.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Jason Leckerman <leckermanj@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Hill v. Town of Valley Brook

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Hi Courtney,

Sending an email with an update on Justin Nelson. He reached out to Jonathan this afternoon and said he confused the dates and thought the deposition was next Friday. He asked us to depose him Monday or Tuesday of next week. Ben has received permission from his firm to depose him.

Can you or someone from your office attend a deposition on Monday or Tuesday?

Best,
Tianna

**From:** Tianna Mays
**Sent:** Monday, February 6, 2023 2:20 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Arthur Ago <aago@lawyerscommittee.org>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Nikki Hatza <hatzan@ballardspahr.com>; Ben Aiken <baiken@lawyerscommittee.org>; Travis Watson <watsontw@ballardspahr.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Jason Leckerman <leckermanj@ballardspahr.com>
**Subject:** RE: Hill v. Town of Valley Brook

Hi Courtney,

We are available to meet this Wednesday at 2:30pm EST or at 5pm EST.

Please let me know if either of those times work for your schedule.

Best,
Tianna

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Friday, February 3, 2023 10:22 PM
**To:** Tianna Mays <tmays@lawyerscommittee.org>
**Cc:** Arthur Ago <aago@lawyerscommittee.org>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Nikki Hatza <hatzan@ballardspahr.com>;

Ben Aiken <baiken@lawyerscommittee.org>; Travis Watson <watsontw@ballardspahr.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Jason Leckerman <leckermanj@ballardspahr.com>
**Subject:** RE: Hill v. Town of Valley Brook

Tianna,

I wanted to touch base with you, as noted in our correspondence. We are still awaiting the fully executed verifications and documents. I am unavailable for a discovery conference on Monday or Thursday. Please let us know your availability.

Thanks, Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

**From:** Tianna Mays <tmays@lawyerscommittee.org>
**Sent:** Tuesday, January 31, 2023 3:28 PM
**To:** Powell, Courtney <cpowell@spencerfane.com>
**Cc:** Arthur Ago <aago@lawyerscommittee.org>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Nikki Hatza <hatzan@ballardspahr.com>; Ben Aiken <baiken@lawyerscommittee.org>; Travis Watson <watsontw@ballardspahr.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>; Jason Leckerman <leckermanj@ballardspahr.com>
**Subject:** [EXTERNAL] RE: Hill v. Town of Valley Brook

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Courtney,

We are in receipt of your correspondence dated November 17, 2022, in response to our January 24, 2023, letter. Based on representations in your letter, we prefer to meet and confer on the issues raised after February 3, 2023, the day you indicated we would receive additional information from Defendants. We will contact you to schedule a date and time for a meet and confer, if needed, early next week.

Second, Officer Nelson will receive notice for a deposition on February 10, 2023, shortly. Due to Plaintiffs' counsel's limited availability in February, we need to depose Officer Nelson on that date. Given the difficulties we've had scheduling Officer Nelson's depositions and his failure to appear at his January 11, 2023, deposition, we do not anticipate an objection to the 14-day notice requirement.

Last, on Wednesday, January 25, 2023, we received information from Idoxs representatives that you turned over half a box of ticket jackets—approximately 200 tickets—for year 2021 for copying. It is our understanding that you represented that you would contact your client to find out about the missing ticket jackets. As you may recall, you had 38 boxes at your office that you stated represented 2017- most of 2022. Idoxs collected 15 boxes from your office—most of those boxes were 2019. 2020 and 2021 should have had a similar number of boxes—approximately 6 boxes for each year. To

date, Idoxs has not received an update on the status of the missing 2021 boxes of ticket jackets. Please provide an update on the status of the missing ticket jackets by February 3, 2023.

Sincerely,

**Tianna J. Mays**
Associate Director, Criminal Justice Project
Lawyers' Committee for Civil Rights Under Law
1500 K Street, Suite 900
Washington, D.C. 20005
(202) 662-8383
tmays@lawyerscommittee.org
https://link.edgepilot.com/s/12e186ab/fGuimMxQPkSbdnnMj7Xy5A?u=http://www.lawyerscommittee.org/

---

**From:** Powell, Courtney <cpowell@spencerfane.com>
**Sent:** Monday, January 30, 2023 10:25 PM
**To:** Jason Leckerman <leckermanj@ballardspahr.com>
**Cc:** Tianna Mays <tmays@lawyerscommittee.org>; Arthur Ago <aago@lawyerscommittee.org>; Lisa Swaminathan <SwaminathanL@ballardspahr.com>; Jonathan Irwin <jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Nikki Hatza <hatzan@ballardspahr.com>; Ben Aiken <baiken@lawyerscommittee.org>; Travis Watson <watsontw@ballardspahr.com>; Isabelle Babchinetskaya <BabchinetskayaI@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Ferate, AJ <AJFerate@spencerfane.com>; Holkum, Laura <lholkum@spencerfane.com>
**Subject:** Hill v. Town of Valley Brook

[EXTERNAL EMAIL] This email originated outside the organization. Do not click any links or open any attachments unless you can verify the legitimacy.

Counsel –

Please see the attached correspondence and responses to requests for admission.

Thank you,
Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for

known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.


Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.


Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.