IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TOWN OF VALLEY BROOK, et al. )<br>)<br>Defendants. ) | Case No. CIV-21-97-SLP |

**O R D E R**

Before the Court are Plaintiffs' Motion to Compel [Doc. No. 88] and Motion for Sanctions [Doc. No. 90]. Defendants are directed to respond to the Motions by June 5, 2023. Plaintiffs' replies to the Motions, if any, shall be filed by June 8, 2023. Further, the Motion is set for hearing on June 9, 2023 at 10:00 a.m.

Counsel for the parties are directed to meet in the conference room of the chambers of Judge Scott L. Palk one (1) hour prior to the hearing in an effort to resolve the matter by agreement. If the matter is not resolved at the conference, it shall be heard by the Court at 10:00 a.m.

If the issues presented by the Motions are resolved by agreement, counsel shall immediately so notify the Court.

IT IS SO ORDERED this 24th day of May, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE