**Powell, Courtney**

| | |
|---|---|
| **From:** | Powell, Courtney |
| **Sent:** | Tuesday, June 6, 2023 10:23 PM |
| **To:** | Babchinetskaya, Izabella; judgehaynes@gmail.com |
| **Cc:** | Leckerman, Jason; Swaminathan, Lisa B.; Ferate, AJ; Tianna Mays; Jonathan Irwin; Woody Glass; Watson, Travis W.; Warren, Catherine J.; Lester, Andy; Swaminathan, Lisa B.; Arthur Ago; Annie Guilyard; Davies, Shannon; Nunu Luo; Lanon, Lori; Hogan, Michelle L. |
| **Subject:** | RE: 21-cv-00097-SLP Hill et al v. Town of Valley Brook et al |

Good evening –

We will be filing a motion tomorrow to strike Exhibits 1, 2 and 4 to the Response filed by Judge Haynes (Dkt. No. 96). The documents contain communications between the Town and its counsel as well as a draft document prepared by the City Attorney for his client. The Town did not waive its privilege and did not consent to the filing of the documents that are clearly protected by the attorney-client privilege and work product doctrine.

We would ask that all Parties discontinue utilizing the documents in this litigation.

Please let us know if you have any questions.

Courtney

**Courtney Powell**  Of Counsel
Spencer Fane LLP

9400 N. Broadway Ext., Suite 600 | Oklahoma City, OK 73114
**O** 405.753.5915
cpowell@spencerfane.com | spencerfane.com

---

**From:** Babchinetskaya, Izabella <BabchinetskayaI@ballardspahr.com>
**Sent:** Tuesday, June 6, 2023 3:39 PM
**To:** judgehaynes@gmail.com
**Cc:** Leckerman, Jason <LeckermanJ@ballardspahr.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Ferate, AJ <AJFerate@spencerfane.com>; Powell, Courtney <cpowell@spencerfane.com>; Tianna Mays <tmays@lawyerscommittee.org>; Jonathan Irwin <Jonathan@wardglasslaw.com>; Woody Glass <woody@wardglasslaw.com>; Watson, Travis W. <watsontw@ballardspahr.com>; Warren, Catherine J. <warrenc@ballardspahr.com>; Lester, Andy <alester@spencerfane.com>; Swaminathan, Lisa B. <SwaminathanL@ballardspahr.com>; Arthur Ago <aago@lawyerscommittee.org>; Annie Guilyard <aguilyard@lawyerscommittee.org>; Davies, Shannon <sdavies@spencerfane.com>; Nunu Luo <nluo@lawyerscommittee.org>; Lanon, Lori <llanon@spencerfane.com>; Hogan, Michelle L. <hoganm@ballardspahr.com>
**Subject:** [EXTERNAL] 21-cv-00097-SLP Hill et al v. Town of Valley Brook et al

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

---

Judge Haynes,

We are emailing to confirm that you're aware that there is a hearing on the Motion to Compel and the Motion for Sanctions on Friday, June 9, 2023.  The Court's Order scheduling the hearing is attached for your reference.  ECF No. 92.

Best,
Izabella

**Izabella Babchinetskaya**
2022 Pro Bono Honor Roll – Gold



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8315 DIRECT
215.864.8999 FAX

babchinetskayai@ballardspahr.com
VCARD

www.ballardspahr.com

2