IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KIMIESHA HILL, et al.           )
                                )
            Plaintiffs,         )
                                )
v.                              )   Case No. CIV-21-97-SLP
                                )
1. TOWN OF VALLEY BROOK, et al.,)
                                )
            Defendants.         )

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

Courtney D. Powell, Anthony J. Ferate, Shannon F. Davies, and Andrew W. Lester, of the law firm Spencer Fane LLP, apply to this Court for an Order allowing them to withdraw as attorneys of record for Defendant, Stephen Haynes, Municipal Judge, in his individual capacity only.  Defendant, Stephen Haynes, has terminated the relationship.

This case is currently in discovery and attorney's withdrawal will not delay the action or prejudice the rights of any party.

OK 298375.1

        Respectfully submitted,

        s/ Courtney D. Powell
        Courtney D. Powell, OBA No. 19444
        Anthony J. Ferate, OBA No. 21171
        Andrew W. Lester, OBA No. 5388
        Shannon F. Davies, OBA No. 13565
        Spencer Fane LLP
        9400 North Broadway Extension, Suite 600
        Oklahoma City, Oklahoma 73114-7423
        Telephone: (405) 844-9900
        Facsimile: (405) 844-9958
        Email: cpowell@spencerfane.com
        ajferate@spencerfane.com
        alester@spencerfane.com
        sdavies@spencerfane.com
        **Attorneys for Defendants, Town of Valley Brook, Valley Brook Municipal Court, Lewis Nieman, Michael Stamp and Valley Brook Police Department**

## CERTIFICATE OF SERVICE

This certifies that on the 8th day of June, 2023, I electronically filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

Woodrow K. Glass - woody@wardglasslaw.com
Jonathan M. Irwin - jonathan@wardglasslaw.com
Izabella Babchinetskaya - babchinetskayai@ballardspahr.com
Lisa B. Swaminathan - swaminathanl@ballardspahr.com
Jason A. Leckerman - leckermanj@ballardspahr.com
Arthur Ago - aago@lawyerscommittee.org
Tianna J. Mays - tmays@lawyerscommittee.org

A copy of the attached document was e-mailed to Stephen R. Haynes at judgehaynes@gmail.com.

        s/ Courtney D. Powell