# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al, on behalf of themselves And all others similarly situated, <br><br>　　　　　　　　　Plaintiffs, <br>vs. <br>TOWN OF VALLEY BROOK, et al. <br><br>　　　　　　　　　Defendants. | ) ) ) ) ) ) Case No. CIV-21-97-SLP ) ) ) ) |

## MINUTE SHEET OF PROCEEDINGS
☒ **CIVIL HEARING** — ☐ **CRIMINAL HEARING**

| **Honorable Scott L. Palk, Presiding** | Marcia J. Seale, Deputy Clerk |
|---|---|
| Court Reporter: Emily Cripe | Date proceedings held: June 9, 2023 @ 10:00 a.m. <br> Time in Court: 1 Hour and 45 Minutes |

| Appearance for plaintiff(s): Arthur Ago, Izabella Babchinetskaya and Jonathan M. Irwin | Appearance for defendant(s): Courtney Jo Davis Powell and Anthony J. Ferate |
|---|---|

**HEARING CONCLUDED:** ☒ Yes; ☐ No;

**Type of Hearing held:**
☒ Motion Hearing; ☐ Show Cause/Contempt Hearing; ☐ *Daubert* Hearing;
☐ Pretrial Conference; ☐ Docket Call; ☐ Oral Arguments; ☒ Status Conference; ☐ Other;

> Hearing held on Plaintiffs' Motion to Compel and Motion for Sanctions [Doc. Nos. 88 & 90]. The Court heard argument from Counsel. The parties are instructed to file a joint notice by June 16, 2023 regarding any agreement on the additional depositions related to discovery. The parties are further instructed to file a joint status report by June 16, 2023 which provides the status of all discovery issues raised in the Motion to Compel. Written orders on the Motions to follow.

| ☒ **Motion Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☒ Other proceeding - Non-evidentiary; | ☐ **Discovery Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Evidentiary Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐ **Miscellaneous Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Show Cause Hearing**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Telephone conference**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; |
| ☐ **Informal conference held**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Trial Status**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; | ☐ **Other**: <br> ☐ Evidentiary hearing - Contested; <br> ☐ Other proceeding - Non-evidentiary; |
| ☐ **Evidence entered**; | ☐ **Witness testimony heard;** | ☐ **Oral arguments only;** |

**Status of Proceedings (Required if one of the above is selected):**

| ☐ Completed by Jury Verdict; | ☐ Jury Selection only, continued; | ☐ Continued from previous month; |
|---|---|---|
| ☐ Jury Selection or Verdict only; | ☐ Directed Verdict; | ☐ Mistrial; |
| ☐ Evidence Entered; | ☐ Guilty; | ☐ Findings from the Bench; |
| ☐ None; | ☒ Written Order to follow; | ☐ Proceedings continued to: |
| ☐ Issue Settled/Resolved; | ☐ Continued proceedings from: | ☒ Court Adjourned; |