IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIMIESHA HILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-2021-97-PRW |
| | ) | |
| 1. TOWN OF VALLEY BROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE REPLY TO JUDGE HAYNES' RESPONSE TO
DEFENDANTS' MOTION TO STRIKE AND MOTION TO WITHDRAW**

Defendants, Town of Valley Brook, Lewis Nieman, in his official capacity, Stephen Haynes, in his official capacity, and Michael Stamp, in his official capacity, request that the deadline to file its Reply to Defendant Judge Haynes Response to Motion to Strike and Motion to Withdraw (Dkt. No. 99) in this matter be extended for seven (7) days, or until June 22, 2023, as set forth herein.

1. Defendants filed Motion to Strike and Clawback Certain Exhibits and Brief in Support on June 7, 2023 (Dkt. No. 97).

2. Defendants filed a Motion to Withdraw as Counsel of Record for Defendant Stephen Haynes on June 8, 2023 (Dkt. No. 98). (Dkt. Nos. 97 and 98 referred to collectively as the "Motions").

3. Judge Stephen Haynes, filing *pro se*, filed a response to the Motions on June 8, 2023. (Dkt. No. 99) (the "Haynes Response").

4. Defendants ask that the deadline to reply to the Haynes Response be extended an additional seven (7) days, or until June 22, 2023, to allow time for the Defendants to adequately

1

reply to this motion.

5. The purpose of the request is not to delay or hinder the litigation. Rather, additional time is needed due to the issues raised in the Motions, the Haynes Response, and related matters.

6. Defendants' counsel reached out to Plaintiff for any objection and they have stated they do not have any objection to this request. Judge Stephen Haynes, filing *pro se* in his individual capacity, is agreeable to extending the deadline to 5:00 p.m. on Tuesday, June 20, 2023.

7. Extending this deadline will likely not affect the actual trial date in this matter

### RELIEF REQUESTED

WHEREFORE, Defendants ask that the Court extend the deadline to Reply to its Motion to Strike and Clawback Certain Exhibits and Motion to Withdraw as Counsel of Record for Defendant Stephen Haynes to June 22, 2023.

Respectfully submitted,

s/ Courtney D. Powell
Courtney D. Powell, OBA No. 19444
Anthony J. Ferate, OBA No. 21171
Andrew W. Lester, OBA No. 5388
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email: cpowell@spencerfane.com
ajferate@spencerfane.com
alester@spencerfane.com
**Attorneys for Defendants, Town of Valley Brook, Valley Brook Municipal Court, Lewis Nieman, Stephen Haynes, Michael Stamp and Valley Brook Police Department**

**CERTIFICATE OF SERVICE**

This certifies that on the 15th day of June, 2023, I electronically filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

Woodrow K. Glass - woody@wardglasslaw.com
Jonathan M. Irwin - jonathan@wardglasslaw.com
Izabella Babchinetskaya - babchinetskayai@ballardspahr.com
Lisa B. Swaminathan - swaminathanl@ballardspahr.com
Jason A. Leckerman - leckermanj@ballardspahr.com
Arthur Ago - aago@lawyerscommittee.org
Tianna J. Mays - tmays@lawyerscommittee.org

A copy of the attached was also sent to Judge Stephen Haynes at judgehaynes@gmail.com.

s/ Courtney D. Powell