IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. CIV-21-97-SLP |
| ) | |
| TOWN OF VALLEY BROOK, et al. ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is Defendant's Amended Motion to Extend Deadline to File Reply to Judge Haynes' Response to Defendants' Motion to Strike and Motion to Withdraw [Doc. No. 102]. Plaintiffs do not oppose the requested relief.[1] Upon review, the Motion is GRANTED. The deadline to reply is extended to June 22, 2023.

IT IS SO ORDERED this 15th day of June, 2023.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Haynes, "filing pro se in his individual capacity, is agreeable to extending the deadline to 5:00 p.m. on Tuesday, June 20, 2023." Mot. ¶ 6.