IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated, | ) )  ) Case No. 5:21-cv-00097-SLP |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TOWN OF VALLEY BROOK, et al., | ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

By and through their attorneys, Plaintiffs Kimiesha Hill, Jason Garnett, and Kiara McCorkle ("Plaintiffs") and Defendants Town of Valley Brook, Lewis Nieman, Stephen Haynes, and Michael Stamp ("Defendants") submit the following Joint Status Report pursuant to the Court's instructions at the June 9, 2023 hearing.

On May 19, 2023, Plaintiffs filed a Motion to Compel Defendants to Answer Interrogatories and for Sanctions ("Motion to Compel") and, on May 22, 2023, a Motion for Sanctions Against Defendant Judge Stephen Haynes ("Motion for Sanctions") (together, the "Motions"). ECF Nos. 88, 90. On June 5, 2023, Defendants filed responses to the Motions, ECF Nos. 94, 95, and on June 6, 2023, Defendant Stephen Haynes filed a separate response to the Motion for Sanctions. ECF No. 96. On June 9, 2023, the parties participated in a meet and confer and, immediately following, the Court heard argument related to both Motions. In accordance with the Court's June 9, 2023 hearing minutes,

ECF No. 100, the parties respectfully submit the following joint status report on all outstanding discovery issues raised in the Motions:

1. **Verifications to the Interrogatories.** Defendants have provided verifications for Town of Valley Brook, Lewis Nieman, Michael Stamp, and Stephen Haynes. No verifications are outstanding at this time.

2. **Interrogatories.** Defendants have answered and/or supplemented their answers to the interrogatories Plaintiffs identified as deficient in their Motion to Compel. However, Plaintiffs assert that Defendant Haynes' answer to interrogatory number 20 remains deficient. Defendant Haynes' supplemented answer, which was sent to counsel on June 8, 2023, indicates that he intends to supplement his answer once he obtains a copy of the Answer filed in this matter.

Plaintiffs reserve their rights to challenge as deficient any and all written discovery provided by Defendants in this action pending the conclusion of the depositions Plaintiffs intend to take related to discovery issues.

3. **Rule 8 Hearing Recordings.** Defendant Haynes agrees to provide his cellphone for complete imaging and copying to Plaintiffs on June 16, 2023 at the offices of Ward & Glass at 10 a.m. (central) subject to the Parties' agreement that at this time Plaintiffs will only extract and review the Rule 8 recordings and the metadata associated with the recordings stored on the cellphone. Plaintiffs reserve the right to request additional searches of Defendant Haynes' cellphone. The Parties agree that if Plaintiffs find it necessary to conduct additional searches, Plaintiffs will provide Defendant Haynes and Defendants' counsel with notice of the searches and Defendant Haynes and/or Defendants'

counsel will then have 72 hours to lodge objections or seek Court intervention before Plaintiffs conduct the noticed searches.

      4.     **Sanctions.**  Plaintiffs maintain their request for sanctions related to the filing of the discovery motions, as Defendants only remedied the discovery deficiencies after Plaintiffs filed the at-issue Motions.  Defendants assert that the discovery was supplemented as necessary, as set forth more fully in their Response.  Defendants ask that sanctions not be awarded at this time.

Dated:  June 16, 2023

*/s/ Courtney D. Powell*
Courtney D. Powell
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
cpowell@spencerfane.com

*Attorney for Defendants*

Respectfully submitted,

*/s/ Jason A. Leckerman*
Jason A. Leckerman
Lisa Swaminathan
Izabella Babchinetskaya
Ballard Spahr LLP
1735 Market St. 51st Floor,
Philadelphia, PA 19103
215.864.8266 DIRECT
215.864.8999 FAX
LeckermanJ@ballardspahr.com
SwaminathanL@ballardspahr.com
BabchinetskayaI@ballardspahr.com
*Admitted pro hac vice*

Woodrow K. Glass (OBA #15690)
Jonathan M. Irwin
Ward & Glass
1601 36th Ave NW
Norman, OK 73072
405.253.4031 DIRECT
405.360.7902 FAX
woody@wardglasslaw.com
jonathan@wardglasslaw.com

Arthur Ago
Tianna Mays
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
202-662-8600 DIRECT
202-783-0857 FAX
aago@lawyerscommittee.org
tmays@lawyerscommittee.org
*Admitted pro hac vice*

*Counsel for Plaintiffs*