IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF VALLEY BROOK, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:21-cv-00097-SLP<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE TO TAKE DEPOSITION</u>**

PLEASE TAKE NOTICE that pursuant to the agreement between Plaintiffs Kimiesha Hill, Jason Garnett, and Kiara McCorkle ("Plaintiffs") and Defendants Town of Valley Brook, Lewis Nieman, Stephen Haynes, and Michael Stamp ("Defendants"), *see* ECF No. 105, Plaintiffs will take the deposition of the person named below, upon oral examination, by stenographic means, at the time and place stated below, under oath before an officer authorized by law to administer oaths, with Defendants to bear reasonable costs. As Defendants agreed in the joint status report (ECF No. 105), this deposition does not count toward the discovery limits set forth in Rules 30 and 31 of the Federal Rules of Civil Procedure and Local Rule 30.1.

PERSON TO BE EXAMINED:  the Hon. Stephen Haynes

DATE AND TIME OF DEPOSITION:  July 26, 2023, at 8:30 a.m.

PLACE OF DEPOSITION:  Instascript
125 Park Avenue Street

                                                Oklahoma City, Oklahoma

Technique for Recording Deposition:         Court Reporter

Dated: July 18, 2023                                Respectfully submitted,

                                                <u>*S/Jonathan M. Irwin*</u>
                                                Woodrow K. Glass (OBA #15690)
                                                Jonathan M. Irwin (OBA #32636)
                                                Ward & Glass
                                                1601 36th Ave NW
                                                Norman, OK 73072
                                                Tel: 405.253.4031
                                                woody@wardglasslaw.com
                                                jonathan@wardglasslaw.com

                                                Jason A. Leckerman
                                                Lisa Swaminathan
                                                Izabella Babchinetskaya
                                                Ballard Spahr LLP
                                                1735 Market St. 51st Floor
                                                Philadelphia, PA 19103
                                                Tel: 215.864.8266
                                                LeckermanJ@ballardspahr.com
                                                SwaminathanL@ballardspahr.com
                                                BabchinetskayaI@ballardspahr.com
                                                *Admitted pro hac vice*

                                                Arthur Ago
                                                Tianna Mays
                                                Lawyers' Committee for Civil Rights
                                                Under Law
                                                1500 K Street NW, Suite 900
                                                Washington, DC 20005
                                                Tel: 202-662-8600
                                                aago@lawyerscommittee.org
                                                tmays@lawyerscommittee.org
                                                *Admitted pro hac vice*

                                                *Counsel for Plaintiffs*