IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>TOWN OF VALLEY BROOK, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 5:21-cv-00097-SLP<br>)<br>)<br>)<br>)<br>) |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that pursuant to the agreement between Plaintiffs Kimiesha Hill, Jason Garnett, and Kiara McCorkle ("Plaintiffs") and Defendants Town of Valley Brook, Lewis Nieman, Stephen Haynes, and Michael Stamp ("Defendants"), *see* ECF No. 105, Plaintiffs will take the deposition of the person named below, upon oral examination, by stenographic means, at the time and place stated below, under oath before an officer authorized by law to administer oaths, with Defendants to bear reasonable costs. As Defendants agreed in the joint status report (ECF No. 105), this deposition does not count toward the discovery limits set forth in Rules 30 and 31 of the Federal Rules of Civil Procedure and Local Rule 30.1.

PERSON TO BE EXAMINED:       Mayor Lewis Nieman

DATE AND TIME OF DEPOSITION:    July 25, 2023, at 8:30 p.m.

PLACE OF DEPOSITION:        Instascript
                         125 Park Avenue Street

|  |  |
|---|---|
|  | Oklahoma City, Oklahoma |
| Technique for Recording Deposition: | Court Reporter |
| Dated: July 18, 2023 | Respectfully submitted, |
|  | *s/Jonathan M. Irwin* |
|  | Woodrow K. Glass (OBA #15690) |
|  | Jonathan M. Irwin (OBA #32636) |
|  | Ward & Glass |
|  | 1601 36th Ave NW |
|  | Norman, OK 73072 |
|  | Tel: 405.253.4031 |
|  | woody@wardglasslaw.com |
|  | jonathan@wardglasslaw.com |
|  |  |
|  | Jason A. Leckerman |
|  | Lisa Swaminathan |
|  | Izabella Babchinetskaya |
|  | Ballard Spahr LLP |
|  | 1735 Market St. 51st Floor |
|  | Philadelphia, PA 19103 |
|  | Tel: 215.864.8266 |
|  | LeckermanJ@ballardspahr.com |
|  | SwaminathanL@ballardspahr.com |
|  | BabchinetskayaI@ballardspahr.com |
|  | *Admitted pro hac vice* |
|  |  |
|  | Arthur Ago |
|  | Tianna Mays |
|  | Lawyers' Committee for Civil Rights Under Law |
|  | 1500 K Street NW, Suite 900 |
|  | Washington, DC 20005 |
|  | Tel: 202-662-8600 |
|  | aago@lawyerscommittee.org |
|  | tmays@lawyerscommittee.org |
|  | *Admitted pro hac vice* |
|  |  |
|  | *Counsel for Plaintiffs* |