# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) TOWN OF VALLEY BROOK, et al. ) ) Defendants. ) | Case No. CIV-21-97-SLP |

## O R D E R

Before the Court is the Joint Motion for an Adjournment of August 17, 2023 Status Conference [Doc. No. 117]. Upon review and for good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that the August 17, 2023 status conference is STRICKEN, to be reset on September 26, 2023 at 2:00 p.m., in Courtroom 304.

IT IS ORDERED this 16th day of August, 2023.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE