## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KIMIESHA HILL, <br> (2) JASON GARNETT, and, <br> (3) KIARA McCORKLE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> (1) TOWN OF VALLEY BROOK, <br> (2) VALLEY BROOK MUNICIPAL COURT, <br> (3) LEWIS NIEMAN, Mayor of Valley Brook, in his official capacity; <br> (4) STEPHEN HAYNES, Municipal Judge, in his official and individual capacity; <br> (5) MICHAEL STAMP, Chief of Valley Brook Police Department, in his official capacity; <br> (6) VALLEY BROOK POLICE DEPARTMENT, <br><br> Defendants. | Case No. CIV-21-97-SLP |

## **AMENDED ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as additional counsel in this case for Defendant, Stephen Haynes, *in his Official Capacity and his Individual Capacity*.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

_____    8/28/23
Signature                          Date

<u>Danny K. Shadid</u>                               <u>8104</u>
Print Name                                      Bar Number

<u>Danny K. Shadid, P.C.</u>
Firm Name

<u>6307 Waterford Blvd., Suite 230</u>
Address

<u>Oklahoma City</u>          <u>OK</u>         <u>73118</u>
City                    State       Zip Code

<u>(405) 810-9999</u>
Phone Number                              Fax Number

<u>Danny@ShadidLaw.com</u>
Internet E-mail Address

## CERTIFICATE OF SERVICE

    I hereby certify that on the 28th day of August, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Woody Glass, OBA#15690
Ward & Glass, LLP
1601 36th Ave. NW
Norman, OK 73072
405.360.9700 DIRECT
405.360.7302 FAX
woody@wardglasslaw.com

Arthur Ago
Tianna Mays
Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
202-662-8600 DIRECT
202-783-0857 FAX
aago@lawyerscommitte.org
tmays@lawyerscommitte.org

*Pro hac vice motions forthcoming*
Jason A. Leckerman
Lisa Swaminthan
Laura E. Luisi Gavin
Ballard Sphar LLP
1735 Market St. 51st Floor,
Philadelphia, PA 19103
215.864.8266 DIRECT
215.864.8999 FAX
LeckermanJ@ballardspahr.com
SwaminathanL@ballardspahr.com
GavinL@ballardspahr.com
*Pro hac vice motions forthcoming*

*Counsel for the Plaintiffs*

Andrew W. Lester, OBA No. 5388
Shannon F. Davies, OBA No. 13565
Courtney D. Powell, OBA NO. 19444
Anthony J. Ferate, OBA NO. 21171
Spencer Fane LLP
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
alester@spencerfane.com
adaviess@spencerfane.com
cpowell@spencerfane.com
ajferate@spencerfane.com

*[signature]*
Danny K. Shadid