IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al. | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. CIV-21-97-SLP |
| TOWN OF VALLEY BROOK, et al. | ) ) ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Joint Motion to Stay All Case Deadlines [Doc. No. 121]. The parties represent that they have reached a tentative settlement agreement. Accordingly, they ask the Court to strike the September 26 status conference and to "stay[] all pending case deadlines . . . for 120 days."[1] Mot. at 1. Upon review, and for good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that the Status Conference scheduled for September 26, 2023 is STRICKEN.

IT IS FURTHER ORDERED that Plaintiffs shall file a motion for class certification on or before January 26, 2024. Any response(s) to that motion shall be filed on or before March 13, 2024. The filing of any reply in support of the class certification motion shall be governed by the Local Civil Rules of this Court. Further deadlines may be established

---

[1] The Court interprets the request as a motion to extend the deadlines in the Third Amended Scheduling Order [Doc. No. 93] by 120 days.

in a Phase II Specialized Scheduling Order after the Court's ruling on the motion for class certification.

    IT IS SO ORDERED this 25th day of September, 2023.

_____<br>
SCOTT L. PALK<br>
UNITED STATES DISTRICT JUDGE