# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOWN OF VALLEY BROOK, et al., )<br>)<br>Defendants. ) | **NOTICE OF HEARING**<br><br>Case No. CIV-21-97-SLP |

Type of Case     __X__ CIVIL          _____ CRIMINAL

## *TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
          Courtroom 304
          200 N.W. 4th Street
          Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**February 12, 2024 @ 10:00 a.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

TYPE OF PROCEEDING            **STATUS CONFERENCE**

TAKE NOTICE: that the proceeding below has been rescheduled as indicated below:

Place:  U.S. Courthouse
          200 N.W. 4th Street
          Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Davis*
       Deputy Clerk

cc:     COUNSEL