IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al., on behalf of themselves and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. CIV-21-97-SLP |
| TOWN OF VALLEY BROOK, et al., ) ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is the Unopposed Motion to Extend Case Deadlines [Doc. No. 123]. The Court reserves ruling on the Motion until after the completion of the status conference that is scheduled for February 12, 2024 at 10:00 a.m. The deadlines set forth in the Court's Fourth Amended Scheduling Order [Doc. No. 122] are hereby STAYED, to be reset following the completion of the status conference.

IT IS SO ORDERED this 26th day of January, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE