## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

KIMIESHA HILL, et al., on behalf of themselves )
and all others similarly situated, )
             ) Case No. 5:21-cv-00097-SLP
        Plaintiffs, )
             )
         v. )
             )
TOWN OF VALLEY BROOK, et al., )
             )
        Defendants. )
             )

## JOINT STIPULATION OF THE PARTIES

Plaintiffs, Kimiesha Hill, Jason Garnett, and Kiara McCorkle, and Defendants, the Town of Valley Brook, Michael Stamp, in his official capacity, Lewis Nieman, in his official capacity, and Stephen Haynes[1], in his official capacity, who hereby stipulate to the following facts for the sole purpose of settling the pending litigation:

1. In January 2021, Plaintiffs initiated legal proceedings against former Valley Brook Municipal Court Judge Stephen Haynes. These legal proceedings were initiated in both his official and individual capacities. ECF No. 5.

2. Subsequently, on March 31, 2022, Judge Wyrick dismissed the individual capacity claims against former Judge Stephen Haynes but left intact the official capacity claims. ECF No. 29.

3. The official capacity claims against the Valley Brook Municipal Judge persist.

---

[1] As set forth below, Defendant Haynes no longer serves as the municipal judge for the Town of Valley Brook.

ECF No. 29.

4. Effective August 1, 2023, Valley Brook appointed a new Municipal Court judge, Blaine Nice, who assumed the role previously held by Stephen Haynes.

5. Consequently, the official capacity claims against the Valley Brook Municipal Court judge remain. Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.")

6. Notably, Stephen Haynes is no longer a defendant in this ongoing litigation.

Respectfully submitted this 5 day of February, 2024.

/s/*Jonathan M. Irwin*
Jonathan M. Irwin (OBA # 32636)
Woodrow K. Glass (OBA #15690)
Glass & Tabor LLP
1601 36th Ave NW
Norman, OK 73072
405.253.4031 DIRECT
405.360.7902 FAX
woody@glasstaborlaw.com
*Attorneys for Plaintiffs*

Jason A. Leckerman
Lisa Swaminathan
Ballard Spahr LLP
1735 Market St. 51st Floor,
Philadelphia, PA 19103
215.864.8266 DIRECT
215.864.8999 FAX
LeckermanJ@ballardspahr.com
SwaminathanL@ballardspahr.com
*Admitted pro hac vice*

Arthur Ago
Tianna Mays
Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
202-662-8600 DIRECT
202-783-0857 FAX
aago@lawyerscommittee.org
tmays@lawyerscommittee.org
*Admitted pro hac vice*


/s/Courtney D. Powell
Courtney D. Powell
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
cpowell@spencerfane.com
*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5 day of February 2024, I electronically submitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants on file.

*/s/Jonathan Irwin*
Jonathan M. Irwin
