# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMIESHA HILL, et al. | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. CIV-21-97-SLP<br>) |
| TOWN OF VALLEY BROOK, et al. | )<br>) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this same date, this action is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2).

ENTERED this 5th day of April, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE